UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Lucas Calixto,** <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF THE ARMY and MARK ESPER,** in his official capacity as Secretary, U.S. Department of the Army, <br><br> Defendants. | Case No. 1:18-cv-01551 |

## DECLARATION OF LUCAS AUGUSTO CALIXTO

I, Lucas Augusto Calixto, hereby declare as follows:

1. I am a 28-year-old native and citizen of Brazil, who was first approved for DACA and employment authorization in August 2012.

2. On March 16, 2016, I enlisted in the United States Army Reserve through the Military Accessions Vital to the National Interest ("MAVNI") program. On that day, I signed an eight-year enlistment contract (which included the requirement that six years of my service be with the Selected Reserve of the Ready Reserve) and took my service oath at the Military Entrance Processing Station in Boston, Massachusetts.

3. In April 2016, I began participating in military drills with the 743rd Transportation Company in Roslindale, Massachusetts as a U.S. Army Private (E-1).

4. On March 6, 2017, I submitted my completed naturalization application, (Form N-400) to USCIS. My naturalization application included a Form N-426, by which my commanding officer, Staff Sergeant Christopher Diaz certified my honorable service as a

member of the Selected Reserve. Per USCIS's request for a non-digital signature on the Form N-426, on April 14, 2017, Staff Sergeant/Platoon Sergeant Mathew St. Marc signed a second Form N-426, again certifying my honorable service.

5. On May 10, 2018, the Army confirmed my honorable service yet again through execution and provision of another Form N-426, signed by Col. Brian Thomas.

6. On June 13, 2018, the U.S. Army issued Order number 18-164-00004, which states that I will be discharged from the U.S. Army Reserve effective July 1, 2018. A copy of that discharge order is attached to this declaration as Exhibit 1 (with my social security number redacted).

7. I was provided no notice of the U.S. Army's intent to discharge me, no specific reasons or grounds for my discharge, and none of the facts or circumstances that the Army considered or found to justify my discharge.

8. All that was included in my discharge was a generic reference to "MAVNI" and "personnel security."

9. I have never been subject to any military disciplinary proceeding or action, and recently was promoted to Private Second Class.

10. I was provided no opportunity to respond to or be heard on the matter of my discharge from the U.S. Army Reserve.

11. On June 18, 2018, I submitted a request through my chain of command for the Army to rescind and revoke the discharge order.

12. I further requested that the Army inform me of the revocation of the discharge order sufficiently in advance of its July 1, 2018 effective date, so that I could avoid taking

additional measures necessary to protect my rights. A copy of my request to the Army is attached hereto as Exhibit 2.

13. To date, I have received no response from the Army to my request.

14. I will suffer serious and immediate harm as a result of the Army's conduct absent the Court's intervention, including the discharge from the military itself, the inability to pursue my military career, potential adverse impact on veterans' benefits, as well as the impact the purported discharge will have on my life, such as the loss of any protection provided by the "lawful presence" status that U.S. military members receive, potential adverse impact and delay to the naturalization process, and harm to reputation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2018.

_____
Lucas Augusto Calixto