**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LUCAS CALIXTO, | ) |
| | ) |
| PLAINTIFF, | )   **Civil Case No. 1:18-cv-01551-ESH** |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF THE ARMY, *et al.*, | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

## <u>PLAINTIFF'S MOTION TO LIFT STAY</u>

Plaintiff Lucas Calixto ("Plaintiff"), by and through undersigned counsel, respectfully moves this Court to lift the stay of proceedings in this matter (*see* Minute Order dated July 20, 2018) to accommodate future proceedings with respect to the materials being filed contemporaneously with this Motion, which are the Amended Complaint (adding seven named plaintiffs and asserting additional facts and claims such as class action allegations), a Motion for Preliminary Injunction (seeking preliminary injunctive relief for the additional named plaintiffs and for the Class on a provisional basis), and a Motion for Class Certification.

WHEREFORE, Plaintiff respectfully requests that this Motion be granted.

Dated: August 3, 2018           Respectfully submitted,


*/s/ Douglas W. Baruch*
Douglas W. Baruch (D.C. Bar No. 414354)
Jennifer M. Wollenberg (D.C. Bar No. 494895)
Joseph J. LoBue (D.C. Bar No. 484097)
Kayla Stachniak Kaplan (D.C. Bar No. 996635)
Neaha P. Raol (D.C. Bar No. 1005816)
Shaun A. Gates (D.C. Bar No. 1034196)
Katherine L. St. Romain (D.C. Bar No. 1035008)
Fried, Frank, Harris, Shriver & Jacobson LLP
801 17th Street, NW
Washington, D.C. 20006
Telephone:  (202) 639-7000
Facsimile:  (202) 639-7003
Email: douglas.baruch@friedfrank.com
Email: jennifer.wollenberg@friedfrank.com
Email:  joseph.lobue@friedfrank.com