**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| **LUCAS CALIXTO, et al,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No. 1:18-cv-01551-ESH** |
| ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **THE ARMY, et al. ,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**DECLARATION OF TOUNDE EMERY PRECIEUX DJOHI**

I, Tounde Emery Precieux Djohi, hereby declare as follows:

1.      I am a 28-year-old native and citizen of Benin.

2.      I first came to the United States in August 2013 on an F-1 visa. I have not traveled outside the United States since arriving in 2013.

3.      In December 2015, I enlisted in the United States Army Reserve through the Military Accessions Vital to the National Interest ("MAVNI") program. I signed an eight-year enlistment contract and took my service oath at Fort Lee in Virginia.

4.      In February 2016, I began participating in military drills with the 130th Chemical Company in Fort A.P. Hill, Virginia as a U.S. Army Specialist (E-4).

5.      In March 2016, USCIS received my completed naturalization application (Form N-400).

6.      My naturalization application included a Form N-426, by which my commanding officer certified my honorable service in the U.S. military.

7.      On February 1, 2018, the Army issued a second N-426 signed by Col. Brian Thomas, indicating that "derogatory information" was found in my background investigations that would "require separation."   The N-426 provided no explanation or details regarding the supposedly "derogatory information."   However, even though the N-426 included this language, the Army once again certified my honorable service on the form, which indicates that the supposed "derogatory information" did not change the fact that I have at all times honorably served in the U.S. military.

8.      During the six-month period immediately following receipt of that second N-426, I received no additional information from the military about any so-called "derogatory information" nor did the Army inform me that it intended to initiate my separation or discharge from the military.   In fact, Army personnel led me to believe that I would be receiving a BCT ship date soon.

9.      In mid-June, in response to an inquiry I had made to my recruiter concerning a Request for Evidence ("RFE") I had received from USCIS, I received a message from my Army recruiter stating that my MSSD results were unfavorable.   The recruiter told me that as a result of my unfavorable MSSD, I was being processed for separation from the U.S. Army.

10.     On June 20, 2018, I received a discharge order from my recruiter.   The discharge order says that on June 11, 2018, the U.S. Army issued Order number 162-003, which states that I was discharged from the U.S. Army Reserve with an effective date of July 1, 2018.   The discharge order cites as "Authority" "AR 135-178, paragraph 15-8," but I could not locate such a paragraph in that Army Regulation, so I am not sure what "authority" was being referenced there.   The discharge order specifies the "Type of Discharge" as "Entry Level Separation (Conduct

Disqualification)."  A copy of that discharge order is attached to this declaration as Exhibit A (with certain personal information redacted).

11.     The discharge order refers to me as "PVT," but that reference is incorrect as my rank is E-4.

12.     Thereafter, on June 22, 2018, I emailed SFC Isis Sake at Army Headquarters to inquire about the reasons for my discharge.  SFC Sake did not give me any information regarding the reasons for my discharge, and refused to discuss my background check results, claiming that my results "will not be available for release until the year 2042."  A copy of the email exchange with SFC Sake (with certain personal information redacted) is attached as Exhibit B.  The statement about having to wait until 2042 to learn why I have been discharged is found on page 2 of that document/exhibit.

13.     I was provided no specific reasons or grounds for my discharge. I was provided none of the facts or circumstances that the Army considered or found to justify my discharge.

14.     While my discharge order refers to an "entry level separation" and a "conduct disqualification," SFC Sake told me by email that I "do not meet the Army's Personnel Security requirement for continued service."  *See* Exhibit B at 2.

15.     I do not know why I am purportedly being discharged from the U.S. military.  I have never been subject to any military disciplinary proceeding or action.  I have never been informed that my "conduct" is inappropriate.  In fact, I have received several letters of recommendation from military leaders and other personnel familiar with me and my performance in the military.

16.     On June 28, 2018, one of the leaders from my Army unit wrote the following, among other things:

3

I am writing to tell you of the many fine qualities of Tounde Djohi, whom I have known for two and a half years. . . Unlike new soldiers coming into the unit, Tounde Djohi's personality allowed him to fit right in with the rest of the unit as if he had been there for many years.  Tounde Djohi had an outstanding work ethic while in the unit.  He was hard working and dedicated to completing every task. I can say without a doubt that Tounde Djohi is a person of good moral character and operates with integrity.  He has served honorably with the rank of Specialist. . . .

17.     Another letter provides the following, among other things:

Djohi is always willing and motivated to perform the Army duties expected of him and he is always eager to learn. . . In my opinion Specialist Djohi exudes the Army values and is a perfect representation of what a US Army soldier should strive to be. . . Djohi is the kind of fellow soldier that becomes a true "Battle Buddy" that you can always count on and know that he's watching your back.

18.     And, a June 28, 2018 letter provides the following:

I am writing to recommend Spc. Tounde Djohi for his honorable service and outstanding character of selflessness, hardworking and punctuality since he joined the 130th Chemical Company in February 2016.  It's been a privilege working in the same platoon with him for over two years because of the high working etiquette and morale he always brought to the platoon.  Spc. Tounde Djohi's willingness to serve this country of ours is unparallel and for this reason I will never think twice about his commitment and love for this country.  I will always consider it an honor serving with him and knowing him as an individual.

19.     These letters of recommendation were not taken into consideration when I was discharged.  In fact, I was provided no opportunity to respond to or be heard on the matter of my discharge from the U.S. Army Reserve.

20.     I will suffer serious and immediate harm as a result of the Army's conduct absent the Court's intervention, including the discharge from the military itself, the inability to pursue my military career, and potential adverse impact on veterans' benefits.  SFC Sake told me that as

a result of the separation code on my discharge orders, I am ineligible for reenlistment. *See* Exhibit B at 2.

21.     I am also concerned about how this will harm my reputation.

22.     In addition, SFC Sake told me that because my MSSD was returned unfavorable, it would negatively impact my ability to be naturalized.   SFC Sake stated that "[f]or naturalization, USCIS requires a favorable MSSD in order to authorize naturalization." *See* Exhibit B at 2. Given this statement and for other reasons, I am concerned about the potential adverse impact and delay to the naturalization process that this purported discharge may cause.

23.     I also am concerned about the loss of any protection provided by the "lawful presence" status that U.S. military members receive.  When I asked SFC Sake if "there is anything I can do to appeal the adjudication and avoid the discharge," SFC Sake referred me to a website that would address appealing "any" Army decision (*see* Exhibit B at 1), but when I go to that website and look at the page concerning "Discharge Review," it states that "[t]he ADRB is not authorized to revoke a discharge [or] to reinstate a person who was separated from the Army. . . ." *See* http://arba.army.pentagon.mil/adrb-overview.html.     So, it appears that the information/website provided to me by SFC Sake does not offer a path to appealing the adjudication and avoiding the discharge, which is the question I had posed.


I declare under penalty of perjury that the foregoing is true and correct.
Executed on July 30 2018.

Tounde Emery Precieux Djohi

Exhibit A



DEPARTMENT OF THE ARMY
U.S. Army Recruiting Battalion, Baltimore
4550 Parade Field Lane
Fort George G. Meade, Maryland 20755-6401

ORDERS 162-003                                              11 June 2018

Djohi, Tounde Emery P.                          ████████ PVT
                                                4th PLT 130 CM CO (WQZ1A4)
                                                Fort A.P Hill VA 22427

You are discharged from component shown.

Authority:  AR 135-178, paragraph 15-8
Effective date:  01 July 2018
Component:  United States Army Reserve
Type of Discharge: Entry Level Separation (Conduct Disqualification)
Additional Instructions:  No Travel Required / ZBB
Format:  500.

AMANDA L. IDEN
LTC, SC
Commanding

DISTRIBUTION:
Record set (1)
Reference set (1)
MPF (1)
Cdr, 4th PLT 130 CM CO (WQZ1A4) (1)
PVT Djohi, Tounde Emery P. (3)

<u>Exhibit B</u>

---------- Forwarded message ----------
From: "Sake, Isis N SFC USARMY HQDA DCS G-1 (US)" <isis.n.sake.mil@mail.mil>
To: "Djohi, Tounde Emery Precieux SPC USARMY (US)" ██████████████████████
Cc:
Bcc:
Date: Fri, 22 Jun 2018 20:02:38 +0000
Subject: RE: Updated DD Form 4
SPC Djohi,

I am so sorry for this unfortunate news, I know it is not what you want to hear.

If you want to appeal any army decision, you can go to http://arba.army.pentagon.mil/abcmr-faq.html for additional information


Very Respectfully,

Isis N. Sake
SFC, USA
Enlisted Accessions Branch (MAVNI)
HQDA DCS G1 (DAPE-MPA)
300 Army Pentagon, RM 1C449
Washington, DC 20310-0300
Phone: 703-695-7718
Email: isis.n.sake.mil@mail.mil


-----Original Message-----
From: Djohi, Tounde Emery Precieux SPC USARMY (US)
Sent: Friday, June 22, 2018 3:58 PM
To: Sake, Isis N SFC USARMY HQDA DCS G-1 (US) <isis.n.sake.mil@mail.mil>
Subject: RE: Updated DD Form 4

SFC Sake,

Thank you for the information. It is heart-breaking to read. I wanted nothing but to serve my nation of adoption, the United States of America. I cannot give up to that dream of mine just yet.

Lastly, Is there anything I can do to appeal that adjudication and avoid the discharge?

I appreciate your patience and your time.

Very respectfully

SPC Djohi
_____
From: Sake, Isis N SFC USARMY HQDA DCS G-1 (US)
Sent: Friday, June 22, 2018 6:33 PM
To: Djohi, Tounde Emery Precieux SPC USARMY (US)
Cc: Glanz, Alicia M CPT USARMY HQDA DCS G-1 (US); Etimani, Edmund R MSG USARMY 76 ORC (US)
Subject: RE: Updated DD Form 4

SPC Djohi,

Below are the answers you requested:

- Unfortunately due to the level of classification, your results will not be available for release until the year 2042. For your situational awareness, the level of classification determines the length of time results remain classified.

- For naturalization, USCIS requires a favorable MSSD in order to authorize naturalization.  A copy of your unfavorable MSSD was provided to USCIS on 8 June 2018 as it is directly related to your military obligations and may impact your naturalization.

- Based on the separation code on your discharge orders, you are ineligible for reenlistment into any military service/branch. You were authorized under the MAVNI program for entry into the service based on specific requirements, so receiving a discharge would continually make you ineligible as your previous enlistment programs would reflect in the systems.

Please let me know if there is anything else I can do for you.


Very Respectfully,

Isis N. Sake
SFC, USA
Enlisted Accessions Branch (MAVNI)
HQDA DCS G1 (DAPE-MPA)
300 Army Pentagon, RM 1C449
Washington, DC 20310-0300
Phone: 703-695-7718
Email: isis.n.sake.mil@mail.mil


From: Djohi, Tounde Emery Precieux SPC USARMY (US)
Sent: Friday, June 22, 2018 1:15 PM
To: Sake, Isis N SFC USARMY HQDA DCS G-1 (US) <isis.n.sake.mil@mail.mil>
Subject: RE: Updated DD Form 4

SFC Sake,

Thank you for your response. If you permit me, I have two questions.
Firstly, I need help being pointed in the right direction. How can I obtain the results ?
Secondly, does that mean I will be unable to naturalize and/or reenlist in the U.S. Army?

Very respectfully,

SPC Djohi.


_____
From: Sake, Isis N SFC USARMY HQDA DCS G-1 (US)
Sent: Friday, June 22, 2018 5:06 PM
To: Djohi, Tounde Emery Precieux SPC USARMY (US)
Cc: Etimani, Edmund R MSG USARMY 76 ORC (US); Glanz, Alicia M CPT USARMY HQDA DCS G-1 (US)
Subject: RE: Updated DD Form 4
SPC Djohi,

Our office, DA G-1 have reviewed your case files, and you do not meet the Army's Personnel Security requirement for continued service. Due to the classification level of your security screening results, I am not authorized to discuss the details of your results.


Very Respectfully,

Isis N. Sake
SFC, USA

Enlisted Accessions Branch (MAVNI)
HQDA DCS G1 (DAPE-MPA)
300 Army Pentagon, RM 1C449
Washington, DC 20310-0300
Phone: 703-695-7718
Email: isis.n.sake.mil@mail.mil

From: Djohi, Tounde Emery Precieux SPC USARMY (US)
Sent: Friday, June 22, 2018 12:50 PM
To: Sake, Isis N SFC USARMY HQDA DCS G-1 (US) <isis.n.sake.mil@mail.mil>
Subject: RE: Updated DD Form 4

SFC Sake,

Thank you for your prompt response.
I apologize for the inconvenience, and the delay in my response. I will use my chain of command to follow up.
It appears I am being discharged for unfavorable MSSD. The discharge mention a conduct disqualification. My recruiter
and my unit told me they don't know what it means and don't have any details.

Could you help me understand why my MSSD is unfavorable?


Very Respectfully,


SPC Djohi.
_____
From: Sake, Isis N SFC USARMY HQDA DCS G-1 (US)
Sent: Friday, June 08, 2018 4:03 PM
To: Djohi, Tounde Emery Precieux SPC USARMY (US)
Cc: Clark, Mark A Jr SGM USARMY HQDA DCS G-1 (US); Bell, Brian L MAJ USARMY 76 ORC (US); Etimani, Edmund
R MSG USARMY 76 ORC (US)
Subject: RE: Updated DD Form 4
SPC Djohi,

I am responding to an email you had sent to the HQDA DCS G-1 SGM, SGM Johnson in regards to a letter and a DD
Form 4 you are seeking for immigration purposes.

As a result of your inquiry, I have conducted a thorough review of your security screening requirements and verified that
your Personnel Security Investigation is currently with the DoD Consolidation Adjudication Facility (DoDCAF) awaiting
final adjudication. Once the adjudication has been made and your personnel security investigation and military service
suitability determination (MSSD) is completed favorably, USCIS will be notified immediately and sent a copy clearing you
for naturalization.

FYSA, the documents required for immigration purposes for all MAVNI Soldiers are the MSSD (which is the letter you are
inquiring about which is addressed above) and the Form N-426, Request for Certification of Military Service. You will need
to go through your chain of command, to obtain certified copy of your N-426.

Please let me know if there is anything else I can assist you with, and for all future inquiries, I highly encourage you utilize
your chain of command.


Very Respectfully,

Isis N. Sake
SFC, USA
Enlisted Accessions Branch (MAVNI)
HQDA DCS G1 (DAPE-MPA)
300 Army Pentagon, RM 1C449
Washington, DC 20310-0300
Phone: 703-695-7718
Email: isis.n.sake.mil@mail.mil

From: Clark, Mark A Jr SGM USARMY HQDA DCS G-1 (US)
Sent: Friday, June 8, 2018 11:26 AM

To: Sake, Isis N SFC USARMY HQDA DCS G-1 (US) <isis.n.sake.mil@mail.mil>
Subject: FW: Updated DD Form 4


V/r,
MC2


MARK A. CLARK JR.
SGM, USA
Directorate of Military Personnel Management (DMPM) Sergeant Major Deputy Chief of Staff G-1
300 Army Pentagon, Room 1D435
Washington, DC  20310-0300
Comm (703) 695-7980
DSN 312-225-7980
Cell:  703-870-6140


From: Johnson, Derek D SGM USARMY HQDA DCS G-1 (US)
Sent: Friday, June 8, 2018 7:18 AM
To: Djohi, Tounde Emery Precieux SPC USARMY (US) ██████████████████
Cc: Clark, Mark A Jr SGM USARMY HQDA DCS G-1 (US) <mark.a.clark52.mil@mail.mil>
Subject: RE: Updated DD Form 4


Good morning,


I have added SGM Clark that might be some assist to your inquiry, thanks.


_____
From: Djohi, Tounde Emery Precieux SPC USARMY (US)
Sent: Tuesday, June 05, 2018 2:57 PM
To: Johnson, Derek D SGM USARMY HQDA DCS G-1 (US)
Subject: Updated DD Form 4
Good afternoon SGM,

I am Spc Djohi. I need help obtaining my Corrected DD Form 4 and a written letter from the Office of the Deputy Chief of Staff Army G-1. It is required from me for immigration purposes.

How can I obtain the form and the letter ?

I apologize for reaching out directly but the public affairs contact information was non responsive.

Sincerely,

SPC Djohi
130th CMCO 4th PLT


_____
**2 attachments**

  **smime.p7s**
  6K

  **noname.eml**
  18K