UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Lucas Calixto, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-01551-ESH |
| ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **THE ARMY, et al.,** ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF JINGQUAN QU

I, Jingquan Qu, hereby declare as follows:

1. I am a 29-year-old non-citizen who came to the United States legally on an F-1 visa in early 2013. I have not left the United States since arriving in 2013.

2. In February 2016, I enlisted in the United States Army Reserve through the Military Accessions Vital to the National Interest ("MAVNI") program.

3. In May 2016, I began participating in military drills with the 716th Quartermaster Company in Jersey City, New Jersey as a U.S. Army Specialist (E-4). Since May 2016, I have attended and participated in drills with my unit, including in calendar year 2017 and calendar year 2018. I most recently drilled on July 21-22, 2018.

4. In February 2017, USCIS received my completed naturalization application (Form N-400).

5. My naturalization application included a Form N-426, by which my commanding officer certified my honorable service in the U.S. military.

6. In November 2017, the Army confirmed my honorable service yet again through execution and provision of another Form N-426, signed by Col. Brian Thomas.

7. On July 22-23, 2018, via emails, I asked a Human Resources SGT with my unit if she knew when I would be shipping to basic training.

8. On July 27, 2018, the Human Resources SGT responded to my emails with the following message: "Good morning I am sorry to inform you, you do not have a ship date because you were given discharge orders effective 20161201." Attached to the SGT's email was U.S. Army Order 327-01, dated November 23, 2016, which states that I was discharged from the U.S. Army Reserve, effective December 1, 2016. A copy of that discharge order is attached to this declaration as Exhibit A (with certain personal information redacted).

9. On July 27, 2018, I responded to the Human Resources SGT's email and asked for the name of the person who sent her U.S. Army Order 327-01. I also explained that the discharge might have been a mistake and stated that "I am trying to find out the reason and to confirm with them." The Human Resources SGT has not responded to my email or otherwise provided answers to my questions.

10. I was provided no notice of the U.S. Army's intent to discharge me, no specific reasons or grounds for my discharge, and none of the facts or circumstances that the Army considered or found to justify my discharge. I did not know that I was discharged until July 27, 2018, even though the discharge order is dated November 2016 and purports to be effective as of December 1, 2016. Prior to July 27, 2018, I had not received a copy of that discharge order. Nor did the military inform me that I was being or had been discharged (until the July 27, 2018 email from the Human Resources SGT).

11. To the contrary, I understood that I was serving in the U.S. military throughout 2016, 2017, and up until July 27, 2018. For example, I attended an annual Army holiday event in December 2016.

12. In addition, I drilled with my unit throughout the December 2016 through July 2018 period and was paid for those drills, and I paid for insurance related to my military service during the same period.

13. Also, I was subjected to a Counter Intelligence ("CI") interview in January 2018.

14. And, neither N-426 certification of my honorable service – signed by military officials in early 2017 and late 2017, respectively – reflected that I was discharged. In fact, the military selected "no" in response to the question "Is the requestor separated?" found in Part 6 of Form N-426.

15. Further, I understand that the Department of Defense recently reported to the Court and class counsel in the related *Nio* class action case (where I am a recognized class member) that I still am serving by providing the following: a date in the three-year mark column (instead of an "N/A" indicating that I am no longer serving); that my CI interview results were sent to the DoD CAF in February 2018; and that my MSSD results are still "pending." I do not understand how my MSSD still could be pending if I was discharged in December 2016.

16. I have never been subject to any military disciplinary proceeding or action. I do not understand why the U.S. military would not want me to continue serving.

17. All that was included in the discharge order that I finally received a copy of on July 27, 2018 was a reference to "Authority: AR 135-178" and "Type of Discharge: Uncharacterized."

18. I was provided no opportunity to respond to or be heard on the matter of my discharge from the U.S. Army Reserve.

19. To date, I have received no response from the Army to my request for more information about my discharge and whether it was a mistake and the reason for my discharge.

20. I will suffer serious and immediate harm as a result of the Army's conduct absent the Court's intervention. Beyond the discharge from the military itself, I will not be able to pursue a career in the military.

21. In addition, I am concerned about the potential adverse impact this purported discharge may have on my veterans' benefits and my insurance.

22. In addition, this purported discharge will negatively impact my life outside of the military, including through the loss of any protection provided by the "lawful presence" status that U.S. military members receive and the potential adverse impact and further delay to the naturalization process that this purported discharge could create. Given that I am from a country that I understand does not look favorably upon those who join the U.S. military, this concern is at the forefront of my mind.

23. In addition, I am worried about other things, including how this purported discharge will harm my reputation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2018.

_____
Jingquan Qu

# Exhibit A



DEPARTMENT OF THE ARMY
US ARMY RECRUITING BATTALION NEW YORK CITY
212 GENERAL LEE AVE
FORT HAMILTON, NEW YORK 11252-7000

ORDER 327-01                                          23 November 2016

Qu, Jingquan                                          ▓▓▓▓▓▓▓ SPC
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                    2nd PLT, 716 QM CO
                                                      1 Chapel Ave & Caven
                                                      Point Rd Jersey City,
                                                      NJ 07305

You are discharged from the Component shown.

Authority: AR 135-178
Effective Date: 01 December 2016
Component: United States Army Reserve
Type of Discharge: Uncharacterized
Additional Instructions: No Travel Required / Unit Request, ZFA
Format: 500

FOR THE COMMANDER:

*(signature)*

RAYMOND T. KLUTSE
CPT, AR
Battalion Executive Officer

DISTRIBUTION:
Record set (1)
Reference set (1)
MPF (1)
Cdr, USARC, ATTN: AFRC-PRP (1)
HRC-St. Louis, ATTN: HRCS-CIS-PPR (1)
HRC-St. Louis, ATTN: HRCS-SFZ (TAMP) (1)
2nd PLT, 716 QM CO (1)
SPC Qu, Jingquan (3)



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, NEW YORK CITY RECRUITING BATTALION
212 GENERAL LEE AVENUE
FORT HAMILTON, NEW YORK 11252-7000

REPLY TO
ATTENTION OF:

RCNE-NY-XO                                                                                           17 JULY 2018

MEMORANDUM FOR SEE DISTRIBUTION

SUBJECT: Assumption of Command by Authority of AR 600-20, paragraph 2-5a

The undersigned assumes command of the United States Army Recruiting Battalion New York City, Fort Hamilton, NY 11252, effective 17 through 27 July, 2018.

KLUTSE.RAYMOND.TSATSU.1279686264
Digitally signed by KLUTSE.RAYMOND.TSATSU.1279686264
Date: 2018.07.17 12:07:04 -04'00'

RAYMOND T. KLUTSE
CPT, AR
Battalion Executive Officer