UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*, <br><br>　　　　　　　　PLAINTIFFS, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF THE ARMY and MARK ESPER, *et al.*, <br><br>　　　　　　　　DEFENDANTS. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>Case No. **1:18-cv-01551-ESH** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
A PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**

**THIS MATTER** having come before the Court on a motion for a preliminary injunction by Plaintiffs Lucas Calixto, Tounde Djohi, Wanjing Li, Zeyuan Li, Fang Lu, Jingquan Qu, Hembashima Sambe, and Emeka Udeigwe ("Plaintiffs"); the Court having reviewed the arguments on the motion; and good cause appearing,

**IT IS HEREBY ORDERED** that the Plaintiffs' motion is **GRANTED**; it is further

**ORDERED** that, having reviewed the arguments in Plaintiffs' Motion for Class Certification and Appointment of Class Counsel, dated August 3, 2018, the Class, as defined below, is provisionally certified for purposes of preliminary injunctive relief, Plaintiffs are appointed as representatives of the Class, and Plaintiffs' counsel are appointed as Class counsel.

The Class is defined as all individuals:

1. who have enlisted in the U.S. Army (including the Army Reserve) through the Military Accessions Vital to the National Interest ("MAVNI") program;

1

2. who are the subject of a final discharge or separation decision since September 30, 2016 (whether or not the soldier received a formal discharge order and regardless of whether the "effective date" of the discharge or separation has passed);

3. whose discharge or separation has not been characterized by the Army (including "uncharacterized" and "entry level" discharges or separations); and

4. whose final discharge or separation decision was made without the soldier first being afforded the process due under applicable Army and Department of Defense ("DoD") regulations and the law, including adequate notice of the discharge grounds, an opportunity to respond, due consideration of the soldier's response by the Army, or other requirements of law; and, it is further

**ORDERED** that, pending a final judgment on the merits or further order of the Court, Defendants are preliminarily enjoined as follows:

1. The Army shall issue orders revoking the final discharge decisions for Plaintiffs and the Class;

2. Defendants shall take all actions necessary to fully reinstate Plaintiffs and the Class;

3. To the extent that Defendants notified other military departments, DOD, or other federal agencies or components, including DHS, of the final discharge decisions, Defendants shall promptly notify such entities that the discharges are revoked and void for all purposes;

4. Defendants shall not renew or commence new discharge actions against Plaintiffs or the Class except in accordance with applicable law and regulations governing such discharges;

5. Within two weeks of this order, Defendants shall provide the Court and Plaintiffs with a complete list of all Class members and a copy of each soldier's discharge revocation order;

6. Within four weeks of this order, Defendants shall provide the Class with a notice, in a form approved by the Court, informing each soldier of this litigation, the preliminary injunction, and the revocation/reinstatement, and offering each soldier the ability to waive his/her right to revocation/reinstatement;

7. Beginning four weeks after this order (and to occur every four weeks thereafter for the duration of the litigation), Defendants shall file a report with the Court identifying any non-characterized MAVNI soldier discharges or separations and providing (i) a copy of the discharge order, (ii) a description of the process provided to the MAVNI soldier prior to the final discharge, and (iii) contact information for the MAVNI soldier that will enable class counsel, a monitor, or other appropriate persons to confirm the process provided.

Dated: _____                              _____
                                               U.S.D.J. Ellen Segal Huvelle

## NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY

In accordance with LCvR 7(k), listed below are the names and addresses of the attorneys and parties entitled to be notified of the proposed order's entry:

*Counsel for Defendants*

**Jeremy A. Haugh**
Special Assistant U.S. Attorney
U.S. DEPARTMENT OF JUSTICE
555 4th Street, NW
Washington, D.C. 20530
Telephone: (202) 252-2574
Email: jeremy.haugh@usdoj.gov

*Counsel for Plaintiffs*

**Douglas W. Baruch**
**Jennifer M. Wollenberg**
**Joseph J. LoBue**
Fried, Frank, Harris, Shriver & Jacobson LLP
801 17th Street, NW
Washington, D.C. 20006
Telephone:  (202) 639-7000
Email: douglas.baruch@friedfrank.com
Email: jennifer.wollenberg@friedfrank.com
Email: joseph.lobue@friedfrank.com