IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, et al.,<br><br>*Defendant*s. | Civil Action No.18-1551 (ESH) |

**DEFENDANTS' STATUS REPORT**

In accordance with the Court's August 13, 2018, Order, Defendants respectfully submit the following status report incorporating herein the attached declaration of Mr. Lin St. Clair, Assistant Deputy for Recruiting, Office of the Assistant Secretary of the Army (Manpower & Reserve Affairs).

1. The Court ordered Defendants to file a report regarding: (1) The status of the Army's policy relating to administrative separation procedures applicable to members of the Delayed Entry Program (DEP) and Delayed Training Program (DTP), including but not limited to any updates that resulted from Marshall Williams' July 20, 2018 memorandum (ECF No. 22-1 at Ex. A); (2) The number of MAVNIs who received a discharge order from the U.S. Army Recruiting Command (USAREC) and/or U.S. Army Reserve Command (USARC) and whose discharge order(s) have been revoked and/or whose involuntary separation is under review as a result of the July 20, 2018 memorandum; and (3) The Army's timeline for implementation of any new policy, as well as the expected time when discharge or involuntary separation proceedings will be initiated against any DEP or DTP member in accordance with this policy.

2. The reporting requirements set out in paragraph 1 above are addressed in the attached declaration of Mr. St. Clair.

Dated: August 20, 2018               Respectfully submitted,

                            JESSIE K. LIU
                            D.C. Bar # 472845
                            United States Attorney

                            DANIEL F. VAN HORN
                            D.C. Bar # 924092
                            Chief, Civil Division

By:      /s/
                            JEREMY A. HAUGH
                            Special Assistant United States Attorney
                            555 4th Street, N.W.
                            Washington, D.C. 20530
                            (202) 252-2574
                            Jeremy.Haugh@usdoj.gov

                            *Attorneys for Defendant*