# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, et al. *Plaintiffs*, v. UNITED STATES DEPARTMENT OF THE ARMY, et al., *Defendants*. | Civil Action No.18-1551 (ESH) |

## DEFENDANTS' STATUS REPORT

In accordance with the Court's August 13, 2018, Order, Defendants respectfully submit the following status report.

1. The Court ordered Defendants to file bi-weekly status reports with any updates regarding the Army's policy with respect to administrative separation procedures applicable to DEP and DTP members, as well as any intention to discharge any DEP or DTP member in accordance with this policy.

2. Defendants do not have any further updates from those provided to the Court in the August 20, 2018 Status Report. ECF No. 24.

Dated: September 4, 2018                Respectfully submitted,

                                        JESSIE K. LIU
                                        D.C. Bar # 472845
                                        United States Attorney

                                        DANIEL F. VAN HORN
                                        D.C. Bar # 924092
                                        Chief, Civil Division

                                By:     _____/s/_____

JEREMY A. HAUGH
Special Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2574
Jeremy.Haugh@usdoj.gov

*Attorneys for Defendant*