**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LUCAS CALIXTO, et al. | |
| *Plaintiffs*, | |
| v. | Civil Action No.18-1551 (ESH) |
| UNITED STATES DEPARTMENT OF THE ARMY, et al., | |
| *Defendant*s. | |

## DEFENDANTS' STATUS REPORT

In accordance with the Court's August 13, 2018, Order, Defendants respectfully submit the following bi-weekly status report.

1.  The Court ordered Defendants to file bi-weekly status reports with any updates regarding the Army's policy with respect to administrative separation procedures applicable to DEP and DTP members, as well as any intention to discharge any DEP or DTP member in accordance with this policy.  ECF No. 23.

2.  Defendants do not have any further updates from those provided to the Court in the August 20, 2018 and September 4, 2018 Status Reports.  ECF No. 24 and ECF No. 29.

Dated:  September 17, 2018                    Respectfully submitted,

JESSIE K. LIU
D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar # 924092
Chief, Civil Division

By:        /s/

JEREMY A. HAUGH
Special Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2574
Jeremy.Haugh@usdoj.gov


*Attorneys for Defendant*