IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY and MARK ESPER, in his official Capacity as Secretary, U.S. Department of the Army,<br><br>*Defendants*. | Civil Action No. 18-1551 (ESH) |

## NOTICE OF FILING REPORT UNDER SEAL

In accordance with the Court's October 5, 2018 Order, Defendants respectfully submit the following report, incorporating the exhibits filed under seal.

1. The Court ordered that Defendants "shall re-file **under seal** their report previously filed at ECF Nos. 27, 27-1, and 27-2, by Thursday, October 11, 2018 at 12:00 p.m." ECF No. 39.

2. Pursuant to the Court's Order, Defendants have filed the report **under seal**.

Dated: October 11, 2018            Respectfully submitted,

                                                            JESSIE K. LIU, D.C. Bar #472845
                                                            United States Attorney

                                                            DANIEL F. VAN HORN, D.C. Bar #924092
                                                            Chief, Civil Division


                                                            By: */s/  Jeremy A. Haugh*
                                                            JEREMY A. HAUGH
                                                            Special Assistant United States Attorney
                                                            U.S. Attorney's Office, Civil Division
                                                            555 4th Street, N.W.

Washington, D.C. 20530  
(202) 252-2574 (phone)  
(202) 252-2599 (fax)  
Jeremy.haugh@usdoj.gov

*Attorneys for Defendants*