UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LUCAS CALIXTO,** *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>**UNITED STATES DEPARTMENT OF THE ARMY,** *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 18-1551 (ESH) |

## ORDER

On October 17, 2018, the Court held a hearing in this case. As discussed during the hearing, it is hereby

**ORDERED** that plaintiffs' motion for preliminary injunction and provisional class certification, ECF No. 20, is **DENIED WITHOUT PREJUDICE**; it is further

**ORDERED** that plaintiffs' motion for class certification and appointment of class counsel, ECF No. 21, is **DENIED WITHOUT PREJUDICE**; it is further

**ORDERED** that defendants' motion to stay defendants' response to the amended complaint, ECF No. 31, is **DENIED AS MOOT**; it is further

**ORDERED** that defendants shall file by **Friday, October 19, 2018 at 12 p.m.** a report listing every MAVNI who has received a discharge order from the U.S. Army Recruiting Command (USAREC) and/or U.S. Army Reserve Command (USARC) that was effective on or after July 20, 2018. This report shall specify 1) the effective date of each discharge order, 2) whether the MAVNI is in DTP or DEP, and 3) the basis for discharge. Defendants are to file two versions of this report:

    a. Defendants shall file **under seal** one version of this report whereby defendants disclose the names of those MAVNIs on the list who are class members in *Nio v. United States Department of Homeland Security*, No. 1:17-cv-00998, or *Kirwa v. United States Department of Defense*, No. 1:17-cv-01793; and

    b. Defendants shall publicly file a version of this report in which all MAVNI names have been redacted; it is further

**ORDERED** that defendants shall file by **Friday, October 19, 2018 at 12 p.m.** a report detailing the status of the MAVNI soldier who is the subject of the U.S. Army Recruiting Battalion discharge order found at ECF No. 26-7, including a description of 1) whether he or she received this discharge order due to an unfavorable MSSD or for some other reason, and 2) whether his or her separation proceedings were suspended under the July 20, 2018 memorandum, and if not whether it is expected that he or she may be affected by the Army's new policy currently in development; it is further

**ORDERED** that defendants shall file by **Friday, October 19, 2018 at 12 p.m.** a report clarifying whether *any* DEP or DTP MAVNI is expected to be discharged (or has been discharged within the past year) due to reaching the three-year time-out; it is further

**ORDERED** that defendants' next bi-weekly status report regarding the Army's new policy—as required by this Court's Order at ECF No. 23—shall be filed no later than **Wednesday, October 31, 2018 at 12 p.m.**; it is further

**ORDERED** that plaintiffs' motion for a briefing schedule, ECF No. 36, is **GRANTED IN PART**; it is further

**ORDERED** that plaintiffs are granted leave to further amend their complaint. Plaintiffs'

second amended complaint shall be filed no later than **Tuesday, November 13, 2018 at 12 p.m.**; it is further

**ORDERED** that plaintiffs shall file any renewed motion for class certification no later than **Tuesday, November 13, 2018 at 12 p.m.**



_____
ELLEN S. HUVELLE
United States District Judge

Date: October 17, 2018