# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*, | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Action No. 18-1551 (ESH) |
| DEPARTMENT OF THE ARMY, *et al.*, | ) |
| Defendants. | ) |

## **NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Special Assistant United States Attorney Roberto C. Martens, Jr. as counsel of record for the Defendants in the above-captioned case.

Dated: November 14, 2018

Respectfully submitted,

*/s/ Roberto C. Martens, Jr.*
ROBERTO C. MARTENS, JR.
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2574 (phone)
(202) 252-2599 (fax)
roberto.martens@usdoj.gov

*Attorney for Defendants*

# **CERTIFICATE OF SERVICE**

I certify that on this 14th day of November 2018, I served the foregoing Notice of Appearance upon counsel for Plaintiffs by filing said document using the Court's Electronic Case Filing System.

Dated: November 14, 2018
*/s/ Roberto C. Martens, Jr.*
ROBERTO C. MARTENS, JR.
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2574 (phone)
(202) 252-2599 (fax)
roberto.martens@usdoj.gov

*Attorney for Defendants*