# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, et al., *Plaintiffs*, v. UNITED STATES DEPARTMENT OF THE ARMY and MARK ESPER, in his official Capacity as Secretary, U.S. Department of the Army, *Defendants*. | Civil Action No. 18-1551 (ESH) |

## DEFENDANTS' REPORT

In accordance with the Court's November 15, 2018 Order, Defendants respectfully submit the following report.

1. Following the Court's status conference of November 14, 2018, the Court ordered Defendants to file a report describing: (1) whether *all* former DEP and DTP MAVNIs who were separated prior to July 20, 2018, on the basis of an unfavorable MSSD will be offered reinstatement pursuant to paragraph 5 of the October 26, 2018 memorandum, ECF No. 50-1, or if, in the alternative, only a subset of that group will receive this offer (*i.e.*, only those whose unfavorable MSSD was due to a documented counterintelligence concern) and, if only a subset of MAVNIs discharged prior to July 20, 2018, due to an unfavorable MSSD will receive this offer of reinstatement, defendants should describe how that subset will be identified; (2) whether the procedures described in the October 26, 2018 memorandum—regarding soldiers who receive an unfavorable MSSD in the future—will be applied to all DEP and DTP MAVNIs with an unfavorable MSSD, or if these procedures will only apply to a subset of that group (*i.e.*, only

those who receive an unfavorable MSSD due to a documented counterintelligence concern.); and (3) whether the Army or the Department of Defense (DOD) is required to notify the Department of Homeland Security (DHS) of a soldier's offer of reinstatement or actual reinstatement into the Army and, if the Army or DOD is required to make such notifications, defendants should specify at what stage of the reinstatement process notification will be provided.

    2.    The attached declaration addresses each of the Court's inquiries and is incorporated herein. Exhibit 1.

Dated: November 16, 2018                  Respectfully submitted,

                                     JESSIE K. LIU, D.C. Bar # 472845
                                     United States Attorney

                                     DANIEL F. VAN HORN, D.C. Bar # 924092
                                     Chief, Civil Division

BY: */s/ Jeremy A. Haugh*
      JEREMY A. HAUGH
      Special Assistant United States Attorney
      jeremy.haugh@usdoj.gov

      ROBERTO C. MARTENS, JR.
      Special Assistant United States Attorney
      roberto.martens@usdoj.gov

      United States Attorney's Office
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 252-2574 (phone)

      *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 16th day of November 2018, I served the foregoing Defendants' Report to counsel for Plaintiffs via Electronic Court Filing (ECF).

Dated:  November 16, 2018	*/s/ Jeremy A. Haugh*
	JEREMY A. HAUGH
	Special Assistant United States Attorney
	United States Attorney's Office
	Civil Division
	555 4th Street, N.W.
	Washington, D.C. 20530
	(202) 252-2574 (phone)
	(202) 252-2599 (fax)
	jeremy.haugh@usdoj.gov


	*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LUCAS CALIXTO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-01551 |
| ) | The Honorable Ellen Segal Huvelle |
| UNITED STATES DEPARTMENT OF ) | |
| THE ARMY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF LIN H. ST. CLAIR

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I make this declaration in response to the Court's Order of November 15, 2018. This Declaration responds to the Court's inquiries regarding (1) whether *all* former DEP and DTP MAVNIs who were separated prior to July 20, 2018, on the basis of an unfavorable MSSD will be offered reinstatement pursuant to paragraph 5 of the October 26, 2018 memorandum, ECF No. 50-1, or if, in the alternative, only a subset of that group will receive this offer (*i.e.*, only those whose unfavorable MSSD was due to a documented counterintelligence concern and, if only a subset of MAVNIs discharged prior to July 20, 2018, due to an unfavorable MSSD will receive this offer of reinstatement, defendants should describe how that subset will be identified; (2) whether the procedures described in the October 26, 2018 memorandum—regarding soldiers who receive an unfavorable MSSD in the future—will be applied to all DEP and DTP MAVNIs with an unfavorable MSSD, or if these procedures will only apply to a subset of that group (*i.e.*, only those who receive an unfavorable MSSD due to a documented counterintelligence concern.); and (3) whether the Army or the Department of Defense (DOD) is required to notify

the Department of Homeland Security (DHS) of a soldier's offer of reinstatement or actual reinstatement into the Army and, if the Army or DOD is required to make such notifications, defendants should specify at what stage of the reinstatement process notification will be provided.

2. I am currently the Assistant Deputy for Recruiting, Office of the Assistant Secretary of the Army (Manpower & Reserve Affairs). In this capacity, I am responsible for serving as the Senior Advisor on all matters relating to military accessions and retention for the Assistant Secretary of the Army for Manpower and Reserve Affairs, the Principal Deputy, and the Deputy Assistant Secretary of the Army for Military Personnel. I have oversight responsibilities for the Army's officer and enlisted accessions and retention programs across all components. In this capacity, I serve as the action officer oversight for non-citizen recruiting (MAVNI and Lawful Permanent Residents). I have previously submitted declarations in this case. *See* ECF No. 22-1; ECF No. 24-1, ECF No. 48.

3. All former DEP and DTP MAVNIs who received an unfavorable MSSD and were separated prior to July 20, 2018 will be offered reinstatement pursuant to paragraph 5 of the October 26, 2018 memorandum. To further clarify, all unfavorable MSSDs issued prior to July 20, 2018 resulted from a documented counterintelligence concern, and not for any other reason.

4. The procedures described in the October 26, 2018 memorandum—regarding soldiers who receive an unfavorable MSSD in the future—will be applied to all DEP and DTP MAVNIs with an unfavorable MSSD.

5. I am not aware of any requirement for the Army or DoD to notify DHS of a soldier's offer of reinstatement or actual reinstatement into the Army.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 16, 2018.

_____
LIN H. ST. CLAIR