UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>PLAINTIFFS,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al.*,<br><br>DEFENDANTS. | Case No. 1:18-cv-01551-ESH |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to the Court's authorization at the November 14, 2018 hearing, Plaintiffs respectfully request that their time for submitting a second amended complaint and a renewed class certification motion be extended to January 2, 2019. The Court stated that the date could be extended beyond December 5, 2018 (the date provided by the Court's November 15, 2018 order at Dkt. 55) for both submissions provided that Plaintiffs were not seeking a preliminary injunction or temporary restraining order.[1] Defendants have consented to the January 2, 2019 date.

In addition, in discussing the extension with Defendants, Defendants requested that their Answer or Motion to Dismiss deadline as well as their deadline to respond to the renewed class

---

[1] At present, as communicated to Defendants, Plaintiffs do not intend to file a motion for emergency or preliminary relief, but reserve the right to do so if circumstances arise or come to Plaintiffs' attention that warrant such a request.

certification motion be extended from the 14 days allowed under the rules (which would provide a deadline of January 16, 2019) to January 25, 2019.  Plaintiffs have agreed to Defendants' proposed extension.

      Plaintiffs respectfully request that this Consent Motion be granted.

Dated:  December 4, 2018        Respectfully submitted,

       */s/ Douglas W. Baruch*
Douglas W. Baruch (D.C. Bar No. 414354)
Jennifer M. Wollenberg (D.C. Bar No. 494895)
Kayla Stachniak Kaplan (D.C. Bar No. 996635)
Neaha P. Raol (D.C. Bar No. 1005816)
Katherine L. St. Romain (D.C. Bar No. 1035008)
Fried, Frank, Harris, Shriver & Jacobson LLP
801 17th Street, NW
Washington, D.C. 20006
Telephone:  (202) 639-7000
Facsimile:   (202) 639-7003
Email: douglas.baruch@friedfrank.com
Email: jennifer.wollenberg@friedfrank.com

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | )  | |
|---|---|---|
| LUCAS CALIXTO, *et al.*, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | **Case No. 1:18-cv-01551-ESH** |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF THE ARMY, *et al.*, | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

## [PROPOSED] ORDER

Having considered the Consent Motion for Extension of Time filed on December 4, 2018, it is hereby

**ORDERED** that Plaintiffs' second amended complaint and renewed class certification motion shall be filed **on or before January 2, 2019**; it is further

**ORDERED** that, **on or before January 25, 2019,** Defendants shall file their Answer or Motion to Dismiss in response to the second amended complaint and any response to the renewed class certification motion.

Dated: _____                           _____

U.S.D.J. Ellen Segal Huvelle

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

In accordance with LCvR 7(k), listed below are the names and addresses of the attorneys and parties entitled to be notified of the order's entry:

| *Counsel for Defendants* | *Counsel for Plaintiffs* |
|---|---|
| **Jeremy A. Haugh**<br>**Robert C. Martens, Jr.**<br>U.S. ATTORNEY'S OFFICE,<br>CIVIL DIVISION<br>555 4th Street, N.W.<br>Washington, DC 20530<br>(202) 252-2574<br>Email: jeremy.haugh@usdoj.gov<br>Email: roberto.martens@usdoj.gov | **Douglas W. Baruch**<br>**Jennifer M. Wollenberg**<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>801 17th Street, NW<br>Washington, D.C. 20006<br>Telephone:  (202) 639-7000<br>Facsimile:   (202) 639-7003<br>Email: douglas.baruch@friedfrank.com<br>Email: jennifer.wollenberg@friedfrank.com |