# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF THE ARMY, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 18-1551 (ESH) |

## NOTICE OF WITHDRAWAL

　　　The Clerk of Court will please withdraw the appearance of former Special Assistant United States Attorney Jeremy A. Haugh as counsel of record for the Defendants in the above-captioned case.

Dated:  January 5, 2019                    　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Roberto C. Martens, Jr.*
　　　　　　　　　　　　　　　　　　　　　　ROBERTO C. MARTENS, JR.
　　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　　　(202) 252-2574 (phone)
　　　　　　　　　　　　　　　　　　　　　　(202) 252-2599 (fax)
　　　　　　　　　　　　　　　　　　　　　　roberto.martens@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 5th day of January 2019, I served the foregoing Notice of Withdrawal upon counsel for Plaintiffs by filing said document using the Court's Electronic Case Filing System.

Dated: January 5, 2019        */s/ Roberto C. Martens, Jr.*
                                          ROBERTO C. MARTENS, JR.
                                          Special Assistant United States Attorney
                                          United States Attorney's Office
                                          Civil Division
                                          555 Fourth Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 252-2574 (phone)
                                          (202) 252-2599 (fax)
                                          roberto.martens@usdoj.gov

                                          *Attorney for Defendants*