**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LUCAS CALIXTO, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> DEPARTMENT OF THE ARMY, *et al.*, <br><br> Defendants. | Civil Action No. 18-1551 (ESH) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION FOR LACK OF SUBJECT MATTER JURISDICTION**

# DUPLICATE FILING OF DEFENDANT'S OPPOSITION TO (ECF NO. 62) PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFCATION

Dated:  January 25, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

*Of Counsel:*

JEREMY A. HAUGH
Major, U.S. Army

JOSEPH G. NOSSE
Major, U.S. Army

U.S. Army Legal Services Agency
Litigation Division
9275 Gunston Road
Fort Belvoir, VA 22060
(703) 693-1022

BY: */s/ Roberto C. Martens, Jr.*
ROBERTO C. MARTENS, JR.
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2574
roberto.martens@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 25th day of January 2019, I served the corresponding memorandum of points and authorities in support of Defendants' motion to dismiss and in opposition to Plaintiff's renewed motion for class certification upon counsel for Plaintiffs by filing said document using the Court's Electronic Case Filing System.

Dated:  January 25, 2019             */s/ Roberto C. Martens, Jr.*
                                                    ROBERTO C. MARTENS, JR.
                                                    Special Assistant United States Attorney
                                                    United States Attorney's Office
                                                    Civil Division
                                                    555 Fourth Street, N.W.
                                                    Washington, D.C. 20530
                                                    (202) 252-2574
                                                    roberto.martens@usdoj.gov

                                                    *Attorney for Defendants*