IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF THE ARMY, *et al.*,<br><br>Defendants. | Civil Action No. 18-1551 (ESH) |

**DEFENDANTS' STATUS REPORT**

In accordance with the Court's Order entered on August 13, 2018 (ECF No. 23), Defendants respectfully submit this bi-weekly status report.

1.  As reported in previous status reports, on January 3, 2019, the Army notified the first group of MAVNI recruits whom the DODCAF has issued an unfavorable Military Service Suitability Recommendation ("MSSR") to submit rebuttal matters in accordance with paragraph 3 of the Army's October 26, 2018 policy memorandum (ECF No. 50-1).

2.  On March 28, 2019, the Army re-notified thirty (30) MAVNI recruits from the first group, to provide them with the specific adjudicative guidelines and information (as applicable) that formed the basis of the unfavorable MSSR.  The Army anticipates notifying additional MAVNI recruits in the coming weeks.

3.  There is no further change to the status of Defendants' notification and re-notification process.

4.  As of the date of this report, no administrative separations have been initiated pursuant to the Army's October 26, 2018 policy memorandum.

Dated:  April 1, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

BY: */s/ Roberto C. Martens, Jr.*
ROBERTO C. MARTENS, JR.
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2574
roberto.martens@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 1st day of April 2019, I served the foregoing Defendants' Status Report upon counsel for Plaintiffs by filing said document using the Court's Electronic Case Filing System.

Dated:  April 1, 2019

*/s/ Roberto C. Martens, Jr.*
ROBERTO C. MARTENS, JR.
Special Assistant United States Attorney