IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> DEPARTMENT OF THE ARMY, *et al.*, <br><br> Defendants. | Civil Action No. 18-1551 (ESH) |

## DEFENDANTS' STATUS REPORT

In accordance with the Court's Order entered on August 13, 2018 (ECF No. 23), Defendants respectfully submit this bi-weekly status report. There is no change to the status report submitted by Defendants on April 1, 2019 (ECF No. 84). As of the date of this report, no administrative separations have been initiated pursuant to the Army's October 26, 2018 policy memorandum (ECF No. 50-1).

Dated:  April 15, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

BY: */s/ Roberto C. Martens, Jr.*
ROBERTO C. MARTENS, JR.
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2574
roberto.martens@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on this 15th day of April 2019, I served the foregoing Defendants' Status Report upon counsel for Plaintiffs by filing said document using the Court's Electronic Case Filing System.

Dated:  April 15, 2019  /s/ Roberto C. Martens, Jr.
ROBERTO C. MARTENS, JR.
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2574
roberto.martens@usdoj.gov

*Attorney for Defendants*