IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF THE ARMY, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 18-1551 (ESH) |

## DEFENDANTS' STATUS REPORT

In accordance with the Court's Order entered on August 13, 2018 (ECF No. 23), Defendants respectfully submit this bi-weekly status report. There is no change to the status report submitted by Defendant on April 1, 2019 (ECF No. 84). As of the date of this report, no administrative separations have been initiated pursuant to the Army's October 26, 2018 policy memorandum.

Dated: April 29, 2019

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　JESSIE K. LIU, D.C. Bar # 472845
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　DANIEL F. VAN HORN, D.C. Bar # 924092
　　　　　　　　　　　　　　　　Chief, Civil Division

　　　　　　　　　　　　　BY: */s/ Roberto C. Martens, Jr.*
　　　　　　　　　　　　　　　　ROBERTO C. MARTENS, JR.
　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　(202) 252-2574
　　　　　　　　　　　　　　　　roberto.martens@usdoj.gov

　　　　　　　　　　　　　　　　*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on this 29th day of April 2019, I served the foregoing Defendants' Status Report upon counsel for Plaintiffs by filing said document using the Court's Electronic Case Filing System.

Dated:  April 29, 2019                              */s/ Roberto C. Martens, Jr.*
                                                                    ROBERTO C. MARTENS, JR.
                                                                    Special Assistant United States Attorney