UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al.*,<br><br>  Defendants. | Civil Action No. 18-1551 (ESH) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' motion to dismiss for lack of jurisdiction (ECF No. 68) is **DENIED**; it is further

**ORDERED** that plaintiffs' motion for leave to file a sur-reply in opposition to defendants' motion to dismiss (ECF No. 78) is **DENIED**; and it is further

**ORDERED** that plaintiffs' motion for a scheduling order (ECF No. 88) is **GRANTED IN PART** insofar as a status conference will be set for **June 19, 2019, at 2 pm**.



ELLEN S. HUVELLE
United States District Judge

Date:  May 16, 2019