# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>  Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF THE ARMY, *et al.*,<br><br>  Defendants. | Civil Action No. 18-1551 (ESH) |

## DEFENDANT'S NOTICE OF FILING
## THE CERTIFIED INDEX OF THE ADMINISTRATIVE RECORD

In accordance with Local Civil Rule 7(n)(1), Defendants the Department of the Army and the Secretary of the Army Dr. Mark T. Esper, by and through counsel, hereby file the attached certified index of the contents of the administrative record.

Dated: May 31, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

BY: */s/ Roberto C. Martens, Jr.*
ROBERTO C. MARTENS, JR.
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2574
roberto.martens@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on this 31st day of May, 2019, I served upon counsel for Plaintiffs the foregoing notice of filing the certified index of the administrative record and the certified index by filing said documents using the Court's Electronic Case Filing System.

Dated:  May 31, 2019                         */s/ Roberto C. Martens, Jr.*
                                             ROBERTO C. MARTENS, JR.
                                             Special Assistant United States Attorney

# United States of America



## DEPARTMENT OF THE ARMY

Washington, DC      May 31, 2019
PLACE      DATE

I HEREBY CERTIFY that the attached are true and accurate copies of files pertaining to Lucas Calixto, Tounde Djohi, Wanjing Li, Fang Lu, Hembashima [...], uan Qu, Emeka Udeigwe, Xing Lu, and Bright Izudike, members of the United States Army Reserve. Zey[...] [...]sheng Dai are former members of the United States Army Reserve. The record includes documents from the Off[ice of the Assi]stant Secretary of the Army, Manpower and Reserve Affairs, Army Deputy Chief of Staff, G-1, United State[s Army Reserv]e Command and Army Recruiting Command. Copies of these records are in the official temporary custody of th[e Military Per]sonnel Litigation Branch, Litigation Division, Office of the Judge Advocate General of the Army.

*Edward Bahdi*
EDWARD BAHDI
Lieutenant Colonel, U.S. Army
Chief, Military Personnel Litigation Branch

I HEREBY CERT[IFY that Lieut]enant Colonel Edward Bahdi, who signed the foregoing certificate, is the Chief, Military Personne[l Litigation Br]anch, Litigation Division, Office of the Judge Advocate General of the Army, and that full faith and credit s[hould be given] to his certification.

IN TESTIMONY WHEREOF I, __Kathleen S. Miller__

The Administrative Assistant to the Secretary of the Army, have hereunto caused the seal of the Department of the Army to be affixed this __31st__ day of __May__, __2019__

By _____
*Administrative Assistant.*

**PATRICK B. GRANT
Lieutenant Colonel, U.S. Army
Acting Chief, Litigation Division**

DA FORM [...]     EDITION OF 1 MAR 66 IS OBSOLETE     APD PE v1.10

## *ADMINISTRATIVE RECORD INDEX*
## *LUCAS CALIXTO, et al., v. UNITED STATES DEPARTMENT OF THE ARMY, et al.*

| TAB | DOCUMENT | DATE | PAGE |
|---|---|---|---|
| 1. | Lucas Calixto Reserves Annex | March 16, 2016 | 000001-000011 |
| 2. | Lucas Calixto MAVNI Information Paper | March 10, 2016 | 000012-000019 |
| 3. | Military Service Suitability Recommendation and National Security Determination re: Lucas A. Calixto | June 5, 2018 | 000020-000031 |
| 4. | Department of the Army Form 4187 (Personnel Action) re: Lucas A. Calixto | April 19, 2018 | 000032-000033 |
| 5. | United States Army Recruiting Battalion New England Discharge Order 163-1 | June 12, 2018 | 000034 |
| 6. | United States Army Reserve Command Orders 18-164-00004 re: Lucas A. Calixto | June 13, 2018 | 000035 |
| 7. | United States Army Recruiting Battalion New England Revoke Order 198-1 revoking order 163-1 dated 12 June 2018 | July 17, 2018 | 000036 |
| 8. | Certification of Military or Naval Service (USCIS Form N-426) re: Lucas A. Calixto | May 10, 2018 | 000037-000040 |
| 9. | Determination of the Military Service Suitability of PV1 Calixto, Lucas A. | June 7, 2018 | 000041-000042 |
| 10. | Tounde Emery Preceiux Djohi Reserves Annex | December 17, 2015 | 000043-000053 |
| 11. | Tounde Djohi MAVNI Information Paper | December 2, 2015 | 000054-000060 |
| 12. | Department of the Army Form 4187 (Personnel Action) re: Tounde Djohi | December 21, 2017 | 000061-000062 |
| 13. | United States Army Reserve Command Orders 18-164-00005 re: Tounde EmeryPrecieux Djohi | June 13, 2018 | 000063 |
| 14. | U.S. Army Recruiting Battalion, Baltimore Orders 162-003 re: Tounde Emery P. Djohi | June 11, 2018 | 000064 |

# *ADMINISTRATIVE RECORD INDEX*
# *LUCAS CALIXTO, et al., v. UNITED STATES DEPARTMENT OF THE ARMY, et al.*

| | | | |
|---|---|---|---|
| 15. | Certification of Military or Naval Service (USCIS Form N-426) re: Tounde Emery Precieux Djohi | February 1, 2018 | 000065-000072 |
| 16. | Determination of the Military Service Suitability of SPC Djohi, Tounde E. | June 7, 2018 | 000073-000074 |
| 17. | Military Service Suitability Recommendation and National Security Determination re: SPC Tounde Emery Precieux Djohi | June 15, 2018 | 000075-000085 |
| 18. | Yisheng Dai Reserves Annex | October 29, 2015 | 000086-000096 |
| 19. | Yisheng Dai MAVNI Information Paper | October 27, 2015 | 000097-000104 |
| 20. | Department of the Army Form 4187 (Personnel Action) re: Yisheng Dai | June 14, 2018 | 000105 |
| 21. | U.S. Army Recruiting Battalion Minneapolis Orders 254-04 | September 11, 2017 | 000106 |
| 22. | Certification of Military or Naval Service re: Yisheng Dai | June 18, 2018 | 000107-000110 |
| 23. | Record Summary - Contacts re: Yisheng Dai | Various Dates | 000111-000120 |
| 24. | Zeyuan Li Reserves Annex | April 20, 2016 | 000121-000132 |
| 25. | Zeyuan LI MAVNI Information Paper | October 27, 2015 | 000133-000140 |
| 26. | TPU Personnel Actions Checklist re: Zeyuan Li | November 17, 2017 | 000141-000142 |
| 27. | U.S. Army Recruiting Battalion, Harrisburg Orders 298-1 re: Zeyuan Li | October 25, 2017 | 000143 |
| 28. | Department of the Army Form 4187 (Personnel Action) re: Zeyuan Li | January 15, 2019 | 000144-000145 |
| 29. | U.S. Army Recruiting Battalion, Harrisburg, Orders 298-1 re: Zeyuan Li | October 25, 2017 | 000146 |

## *ADMINISTRATIVE RECORD INDEX*
## *LUCAS CALIXTO, et al., v. UNITED STATES DEPARTMENT OF THE ARMY, et al.*

| | | | |
|---|---|---|---|
| 30. | Memorandum for Record, Subject: Assumption of Command of the U.S. Army Recruiting Battalion, Harrisburg | October 23, 2017 | 000147 |
| 31. | Memorandum for Record, Subject: Refusal to Cooperate with Screener during a Military Accessions Vital to the National Interest (MAVNI) Counterintelligence Focused Security Interview re: Zeyuan Li | October 17, 2017 | 000148-000149 |
| 32. | Xing Lu Reserves Annex | February 27, 2019 | 000150-000160 |
| 33. | Xing Lu MAVNI Information Paper | December 14, 2015 | 000161-000168 |
| 34. | Favorable Military Service Suitability Determination for Specialist (SPC) Lu, Xing | January 22, 2019 | 000169 |
| 35. | Army Board for Correction of Military Records Record of Proceeding for MAVNI Group Application (Update to Group List – Xing Lu) | January 15, 2019 | 000170-000171 |
| 36. | Correction of Department of Defense (DD) Form 4-Enlistment Date (Lu, Xing) | January 15, 2019 | 000172-000173 |
| 37. | Declaration of Lin H. St. Clair, Case 1:18-cv-01551-ESH, Document 89-2 | April 23, 2019 | 000174-000178 |
| 38. | Declaration of Lin H. St. Clair and Exhibit A, Case 1:18-cv-01551-ESH, Document 22-1 | August 13, 2018 | 000179-000195 |
| 39. | Bright Chukwudi Izudike Reserves Annex | December 17, 2015 | 000196-000206 |
| 40. | Bright Izudike MAVNI Information Paper | September 25, 2015 | 000207-000214 |
| 41. | Department of the Army Form 4187 (Personnel Action) re: Bright Izudike | November 3, 3017 | 000215 |
| 42. | U.S. Army Recruiting Battalion, Dallas Orders 258-03 re: Bright C. Izudike | September 15, 2017 | 000216 |
| 43. | Favorable Military Service Suitability Determination for | March 20, 2019 | 000217 |

# *ADMINISTRATIVE RECORD INDEX*
# *LUCAS CALIXTO, et al., v. UNITED STATES DEPARTMENT OF THE ARMY, et al.*

| | Private Second Class (PV2) Izudike, Bright Chukwudi | | |
|---|---|---|---|
| 44. | Certification of Military or Naval Service (USCIS Form N-426) re: Bright Izudike | October 30, 2017 | 000218-000221 |
| 45. | U.S. Army Recruiting Battalion, Baltimore Orders 187-002 re: Fang Lu | July 6, 2018 | 000222 |
| 46. | Fang Lu Reserves Annex | March 25, 2016 | 000223-000233 |
| 47. | Fang Lu MAVNI Information Paper | March 16, 2016 | 000234-000241 |
| 48. | Military Service Suitability Recommendation (MSSR) and National Security Determination (NSD) re: Fang Lu | January 8, 2019 | 000242-000260 |
| 49. | Jingquan Qu Reserves Annex | February 17, 2016 | 000261-000273 |
| 50. | Jingquan Qu MAVNI Information Paper signature page | February 17, 2016 | 000274 |
| 51. | Department of the Army Form 4187 (Personnel Action) re: Jingquan Qu | November 19, 2017 | 000275 |
| 52. | Certification of Military or Naval Service (USCIS Form N-426) re: Jingquan Qu | November 27, 2017 | 000276-000279 |
| 53. | Military Service Suitability Recommendation and National Security Determination re: SPC Jing Q. Qu | June 5, 2018 | 000280-000290 |
| 54. | Favorable Military Service Suitability Determination for Specialist (SPC) Sambe, Hembashima G. | April 12, 2019 | 000291 |
| 55. | Hembashima Sambe Reserves Annex | February 5, 2016 | 000292-000302 |
| 56. | MAVNI Information Paper re: Hembashima Sambe | February 2, 2016 | 000303-000310 |
| 57. | Favorable Military Service Suitability Determination for Specialist (SPC) Udeigwe, Emeka | November 6, 2018 | 000311 |
| 58. | Emeka Udeigwe Reserves Annex | March 17, 2016 | 000312-000323 |

## *ADMINISTRATIVE RECORD INDEX*
## *LUCAS CALIXTO, et al., v. UNITED STATES DEPARTMENT OF THE ARMY, et al.*

| | | | |
|---|---|---|---|
| 59. | Emeka Udeigwe MAVNI Information Paper | March 11, 2016 | 000324-000331 |
| 60. | Department of the Army Form 4187 (Personnel Action) re: Emeka Udeigwe | January 19, 2018 | 000332-000333 |
| 61. | U.S. Army Recruiting Battalion, Cleveland Order No. 186-01 re: Emeka Udeigwe | July 5, 2018 | 000334 |
| 62. | Assumption of Command Orders for United States Army Recruiting Battalion Cleveland | June 25, 2018 | 000335 |
| 63. | Wanjing Li Reserves Annex | February 5, 2016 | 000336-000346 |
| 64. | Wanjing Li MAVNI Information Paper | November 18, 2015 | 000347-000354 |
| 65. | Military Service Suitability Recommendation and National Security Determination re: Wanjing Li | June 5, 2018 | 000355-000366 |
| 66. | Department of the Army Form 4187 (Personnel Action) re: Wanjing Li | December 30, 2017 | 000367 |
| 67. | U.S. Army Recruiting Battalion Kansas City Order 186-3 re: Wanjing Li | July 5, 2018 | 000368 |
| 68. | Certification of Military or Naval Service (USCIS Form N-426) re: Wanjing Li | June 18, 2018 | 000369-000372 |
| 69. | Certification of Military or Naval Service (USCIS Form N-426) re: Wanjing Li (certification section not completed) | August 13, 2016 (requestor's signature) | 000373-000376 |
| 70. | Assistant Secretary of the Army, Manpower and Reserve Affairs Memorandum for Deputy Chief of Staff, G-1, Subject: Resume Separation Actions Pertaining to Members of the Delayed Entry Program (DEP) and Delayed Training Program (DTP) Recruited Through the Military Accessions Vital to National Interest (MAVNI) Pilot Program | October 26, 2018 | 000377-000379 |