**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LUCAS CALIXTO, *et al.*, | |
| Plaintiffs, | |
| vs. | Civil Action No. 18-1551 (ESH) |
| DEPARTMENT OF THE ARMY, *et al.*, | |
| Defendants. | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE CONCERNING
DEFENDANTS' MAY 28, 2019 STATUS REPORT**

Pursuant to the Court's minute order entered on June 3, 2019, Defendants the Department

of the Army ("Army") and the Secretary of the Army Dr. Mark T. Esper (collectively,

"Defendants"), by and through counsel, respectfully submit this Response to Plaintiffs' Notice

Concerning Defendants' May 28, 2019 Status Report (ECF No. 98).

## I.  INTRODUCTION

On May 30, 2019, Plaintiffs filed a Notice Concerning Defendants' May 28, 2019 Status

Report (ECF No. 98) (the "Notice").  The Notice contains Plaintiffs' counsels' alleged concerns

and speculation as to the Army's motives in issuing a Voluntary Waiver of Notification of

Adverse MSSR Memorandum ("Waiver Memo") to certain MAVNI recruits and unsubstantiated

claims that the Army is engaging in a "concerted and deceptive effort" and "campaign" to coerce

MAVNIs to waive their rights in this litigation.  Notice (ECF No. 98) at 1.  The Army is not

engaged in any such effort.  *See* Ex. A (Declaration of Lin St. Clair ("St. Clair Dec.") (June 14,

2019)).

The Army has taken steps to ensure that the Waiver Memo is not sent to MAVNI recruits

in an unauthorized manner or for an unauthorized purpose.  On May 31, 2019, USAREC

Headquarters informed all Recruiting Battalions that sending the Waiver Memo is not authorized.  Ex. A (St. Clair Dec.) ¶ 4.g.  In addition, the Army has taken steps to ensure that no one in the Army contacts the named plaintiffs regarding any issues in this case.  As of June 12, 2019, USAREC directed all recruiting stations connected with the named plaintiffs to not contact the named plaintiffs until June 25, 2019, at the soonest (*i.e.*, until the day after the status conference scheduled on June 24, 2019), so that Defendants could seek clarification from the Court regarding what contact with the named plaintiffs is authorized.  Defendants' request for clarification is set forth in Section II, *infra*.

## II.  RESPONSE

In response to the Court's questions, Defendants respectfully submit the attached declaration of Mr. Lin St. Clair, Assistant Deputy for Recruiting, Office of the Assistant Secretary of the Army for Manpower and Reserve Affairs.  *See* Ex. A (St. Clair Dec.).  Defendants further respond to Plaintiffs' Notice below.  In addition, Defendants seek clarification relative to the issue of contact with the named plaintiffs in this case.

Plaintiffs claim they submitted the Notice "concerning Defendants' May 28, 2019 Status Report" and requested the Court "direct Defendants to provide an updated report forthwith."  Notice (ECF No. 98) at 2.  Plaintiffs' implication is that Defendants are misleading the Court and conducting a surreptitious campaign to remove MAVNIs from the Army without regard to the October 26, 2018 policy that the Army itself put in place.  Plaintiffs' claims are unfounded and unfair.

First, the Court's August 13, 2018 Order (ECF No. 23) regarding bi-weekly reporting provides that "defendants shall file status reports with the Court bi-weekly . . . with any updates regarding the Army's policy with respect to administrative separation procedures applicable to

DEP and DTP members, as well as any intention to discharge any DEP or DTP member in accordance with this policy."   Order (ECF No. 23) at 2.  The Court's order would not, of course, require Defendants to provide updates about a non-existent "concerted effort" or "Army campaign" to coerce MAVNIs to waive their rights with regard to the MSSR/MSSD process.

Second, there is (and has been) no "concerted and deceptive effort" or "Army Campaign" to induce MAVNIs to waive their rights.  Instead, one Army recruiter in the New England Recruiting Battalion sent, without proper authorization or signature, Waiver Memos to thirteen MAVNI recruits.  In addition, named plaintiff Tounde Djohi's recruiter gave him a copy of the Waiver Memo during an in-person meeting.  *See* Ex. A (St. Clair Dec.) ¶ 3.  As noted in the attached declaration, the Army has directed all recruiters to cease sending the Waiver Memos to MAVNIs because the waivers the recruiters were sending were not authorized to be sent by the proper authority.  *Id*.  The facts that the memos were unsigned, not addressed to an individual, and contained a point of contact who had moved to another Army position, all show that the Waiver Memos the recruiters sent were not properly authorized.  Further, the Army has ordered recruiters to not contact any of the named plaintiffs in this matter for any reason until Defendants can obtain clarification from the Court.

Third, Plaintiffs' fail to provide any factual support for their claim that the Defendants "commenced a concerted and deceptive effort to induce soldiers . . . to waive their rights to obtain the notice."  Notice (ECF No. 98) at 2.  Plaintiffs base their claim of an "Army campaign" on a paucity of "facts," which number only four:

- A MAVNI received an unsigned waiver memo dated May 21, 2019.  *See id*. at 2-3 ¶ 4 and Ex. 1 (ECF No. 98-1).

- The unnamed MAVNI did not request a waiver or indicate a desire to waive his rights.  *Id*.

- Several additional (unnamed) MAVNIs received the waiver memo, including someone who received the Memo after May 25.  *Id*. at 4 ¶ 7.

- On May 29, 2019, Plaintiff Lucas Calixto received a waiver memo.  *Id*. at 4 ¶ 8.

Plaintiffs are allegedly concerned about the "widespread" distribution of the memo, but fail to provide any factual support for their claim that the Waiver Memo was distributed on a "widespread" basis.  They failed to provide any support because none exists.  Instead, one Army recruiter in the New England Recruiting Battalion sent, without proper authorization or signature, Waiver Memos to thirteen MAVNI recruits.  Ex. A (St. Clair Dec.) ¶ 3.  One other recruiter provided a copy of the Waiver Memo to Plaintiff Tounde Djohi during an in-person meeting.  *Id*.  In sum, Plaintiffs' Notice and the unsubstantiated claims therein are unfounded and unfair.

## III.   REQUEST FOR CLARIFICATION

On June 3, 2019 the Court held a conference call during which the Court stated that the Army is not supposed to contact the named plaintiffs.  Defendants respectfully request clarification on the following matters:

1.   Defendants seek clarification as to whether anyone in the Army (including recruiters) may contact any of the named plaintiffs.  The need for clarification arises from e-mails sent from Plaintiffs' counsel to Defendants' counsel at the end of May and beginning of June, but specifically on June 7 and June 10, 2019.  In those e-mails Plaintiffs' counsel claims that Army personnel contacted an (again, unnamed) named plaintiff, "unsolicited, questioning whether the soldier wanted to drop out of the [MAVNI] program due to an unfavorable MSSD."  In an e-mail dated June 10, 2019, Plaintiffs' counsel continued this narrative stating that "[t]he recruiter communication described below was via an unsolicited phone call rather than through receipt of the MSSR Waiver Memo."  On the basis of this one alleged incident, Plaintiffs'

4

counsel expressed concern "that the Army is still engaged in some underlying waiver effort, but in a manner that would escape reporting and scrutiny."  Plaintiffs insisted they needed to know what steps the Army took (modifying that to "concrete steps" later in the e-mail) to address the issue.

Upon further investigation[1] it became clear that Plaintiffs' counsel mischaracterized the communication between the recruiter and the MAVNI, whom the Defendants were able to identify as Plaintiff Emeka Udeigwe.  Defendants' counsel sought information from the Army regarding what happened during this alleged wrongful communication.  The Army learned that the recruiter did contact Plaintiff Udeigwe on June 6 to discuss his future in the Army.  The impetus for the call was that Plaintiff Udeigwe, after being naturalized as a United States citizen, began discussing with his recruiters the possibility of leaving the MAVNI program and joining the Army Medical Department ("AMEDD").  In order to move to AMEDD, Plaintiff Udeigwe would have to be classified as a "loss" in the Future Soldier MAVNI program.  The recruiter contacted him on June 6 on this basis, completely unrelated to anything that was transpiring relative to the "Waiver Memo."  The recruiter was not aware of this lawsuit or that Mr. Udeigwe is a named plaintiff.  He did not contact Mr. Udeigwe to attempt to get him to "waive his rights" or to "drop out of the [MAVNI] program due to an unfavorable MSSD."  Because Mr. Udeigwe received a favorable MSSD on November 6, 2018, *see* St. Clair Dec. (Apr. 22, 2019) (ECF No. 89-2) ¶ 15, it would be illogical for anyone to contact him in an attempt to get him to "drop out of the [MAVNI] program due to an unfavorable MSSD."

---

[1] Despite Defendants' counsel's request for additional information to facilitate inquiry into this matter, Plaintiffs' counsel refused to identify Plaintiff Udeigwe as the individual concerned.

This contact between the recruiter and Plaintiff Udeigwe, including earlier communications regarding his interest in possibly leaving the MAVNI program, are corroborated in the attached contact logs.[2]  Ex. B (Recruiter Contact Logs).  Because Plaintiffs deemed this communication improper (prior to having all of the information), Defendants ordered that recruiters have no contact with any of the named plaintiffs until Defendants could seek clarification from the Court.  If Defendants (including recruiters) are not able to contact their MAVNI recruits, MAVNIs such as Plaintiff Udeigwe will not have the opportunity to discuss options for their military careers.[3]

Defendants therefore seek clarification as to whether anyone in the Army (including recruiters) may contact a named plaintiff for any reason, and if so, what are the authorized reasons for contacting a named plaintiff.

2.  In accordance with the Army's October 26, 2018 policy, should a MAVNI recruit receive an unfavorable MSSD, separation must be initiated pursuant to paragraph 4 of the policy.  See Policy Memo (ECF No. 50-1).  Paragraph 4 provides that members of the DEP will be processed for separation under the provisions of Army Regulation ("AR") 135-178, chapter 14-5(c).  Members of the DTP will be processed for separation under the provisions of chapter 13.  Both of these provisions require that the notification procedure outlined in AR 135-178,

---

[2] The attached contact log indicates that Plaintiff Udeigwe is "[c]oming in to talk about his options on Friday the 14th."  In accordance with the "no contact" order given to recruiters relative to the named plaintiffs, this meeting was cancelled.  Plaintiff Udeigwe therefore is currently unable to discuss with his recruiter options for his future Army career, including a possible transfer to AMEDD.

[3] Plaintiffs have accused Army recruiters of misrepresentations to MAVNIs and of attempting to coerce MAVNIs into waiving their rights.  The contact logs between recruiters and MAVNIs tell a different story.  The logs indicate the recruiters' attempts to retain the MAVNIs in the Army, as good recruiters would do.  Plaintiffs' accusations are an affront to Army recruiters and diminishes the essential work they do to keep this country safe.

chapter 3, Section II, be used to advise the recruit of the basis of the separation, the least

favorable characterization of service or description of service she could receive, the right to

obtain copies of documents that support the basis of the proposed separation, the recruit's right to

submit statements, the recruit's right to consult with military legal counsel, and:

> ***the recruit's right to waive these rights*** *in writing after being*
> *afforded a reasonable opportunity to consult with counsel, and that*
> *failure to respond within 30 calendar days from the date of receipt*
> *of the notice will constitute a waiver of the right.*

AR 135-178 ¶ 3-5 (emphasis added) (Ref. 2 to Defs.' Sur-reply Mem. (ECF No. 101-3); *see also*

*id.* at Figure 3-2, subparagraph g.

Based on the language in the required notification memorandum, which includes a waiver

of rights provision, Defendants are concerned that simply sending the notification memorandum

to the named plaintiffs (as required by the October 26, 2018 policy should the Army initiate

separation) would run afoul of the Court's directive.  On the other hand, Defendants' failure to

provide the notification could lead to accusations that Defendants are failing to follow their own

policy and its required procedures.  Obviously, either way is problematic.

Defendants therefore seek clarification from the Court as to whether anyone in the Army

may contact the named plaintiffs to provide the separation notification memorandum required by

the October 26, 2018 policy memorandum and AR 135-178.

## CONCLUSION

For the reasons stated above, Defendants respectfully request that the Court issue clear

guidance on how and when anyone in the Army may contact the named Plaintiffs, if at all.

\* \* \*

Dated:  June 17, 2019                    Respectfully submitted,

                                         JESSIE K. LIU, D.C. Bar # 472845
                                         United States Attorney

                                         DANIEL F. VAN HORN, D.C. Bar # 924092
                                         Chief, Civil Division

*Of Counsel:*

                                    BY: */s/ Roberto C. Martens, Jr.*
JEREMY A. HAUGH                          ROBERTO C. MARTENS, JR.
Major, U.S. Army                         Special Assistant United States Attorney
U.S. Army Legal Services Agency          United States Attorney's Office
Litigation Division                      Civil Division
9275 Gunston Road                        555 4th Street, N.W.
Fort Belvoir, VA 22060                   Washington, D.C. 20530
                                         (202) 252-2574
JOSEPH G. NOSSE                          roberto.martens@usdoj.gov
Major, U.S. Army
U.S. Army Legal Services Agency          *Attorneys for Defendant*
Litigation Division
9275 Gunston Road
Fort Belvoir, VA 22060


## CERTIFICATE OF SERVICE

I certify that on this 17th day of June 2019, I served upon counsel for Plaintiffs the

foregoing Defendants' Response to Plaintiffs' Notice Concerning Defendants' May 28, 2019

Status Report by filing said document using the Court's Electronic Case Filing System.

Dated:  June 17, 2019                    */s/ Roberto C. Martens, Jr.*
                                         ROBERTO C. MARTENS, JR.
                                         Special Assistant United States Attorney

                                         *Attorney for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LUCAS CALIXTO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-01551 |
| ) | The Honorable Ellen Segal Huvelle |
| UNITED STATES DEPARTMENT OF ) | |
| THE ARMY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**DECLARATION OF LIN H. ST. CLAIR**

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      I make this declaration in response to the Court's Order of June 3, 2019.  This Declaration responds to the Court's inquiries regarding (1) details regarding what categories of soldiers the "Voluntary Waiver of Notification of Adverse MSSR" memo was distributed to; (2) how many soldiers were sent this "Voluntary Waiver of Notification of Adverse MSSR" memo, (3) which specific named plaintiffs were sent the Memo, (4) the number of soldiers who responded to the Memo electing to waive, (5) the number of soldiers who responded declining to waive, (6) the time period during which the Memos were sent, and (7) whether the government has stopped this practice of sending Voluntary Waiver of Notification of Adverse MSSR memos. Minute Order, June, 3, 2019.

2.      I am currently the Assistant Deputy for Recruiting, Office of the Assistant Secretary of the Army (Manpower & Reserve Affairs).  In this capacity, I am responsible for serving as the Senior Advisor on all matters relating to military accessions and retention for the Assistant Secretary of the Army for Manpower and Reserve Affairs, the Principal Deputy, and

the Deputy Assistant Secretary of the Army for Military Personnel.  I have oversight

responsibilities for the Army's officer and enlisted accessions and retention programs across all

components.  In this capacity, I serve as the action officer oversight for non-citizen recruiting

(MAVNI and Lawful Permanent Residents).  I have previously submitted declarations in this

case. *See* ECF No. 22-1; ECF No. 24-1, ECF No. 48.

      3.      Copies of an unauthorized version of the "Voluntary Waiver of Notification of

Adverse MSSR" or Waiver Memo were distributed by one recruiter to 13 recruits between on or

about May 21, 2019 and on or about May 31, 2019.  The recruiter distributed the Voluntary

Waiver of Notification of Adverse MSSR Memos without proper signature (or any signature at

all) or authorization.  A Voluntary Waiver of Notification of Adverse MSSR memo was also

given, in person, to named plaintiff Tounde Djohi.  The Voluntary Waiver of Notification of

Adverse MSSR Memos were not distributed as part of an Army effort to coerce MAVNIs to

waive their rights.  At this time, the Army is not aware that any other recruiters sent the

Voluntary Waiver of Notification of Adverse MSSR Memo to MAVNI recruits under their

purview.  However, because these Voluntary Waiver of Notification of Adverse MSSR Memos

were not authorized to be sent, it is possible that other, unauthorized memos were distributed to

MAVNI recruits.  The Army will update the Court, as necessary, should it find that other memos

were sent to MAVNI recruits without authorization.

      4.      The responses to the Court's inquiries are as follows:

      a.  Details regarding what categories of soldiers the "Waiver Memo" was
      distributed to:

            One particular recruiter from the New England Recruiting Battalion sent
            13 unauthorized Waiver Memos to his recruits.  The unauthorized Waiver
            Memos were sent to recruits who received an Unfavorable MSSR from the
            DoDCAF.  Tounde Djohi, who also received an unfavorable MSSR from

2

       the DoDCAF, was given a copy of the Voluntary Waiver of Notification of Adverse MSSR by his recruiter during an in-person meeting.

  b.  How many soldiers were sent this Waiver Memo:   14.

  c.  Which specific named plaintiffs were sent the Memo:
1. Lucas Calixto.
2. Tounde Djohi's recruiter gave him a copy of the Waiver Memo during an in-person meeting.

  d.  The number of soldiers who responded to the Memo electing to waive:

      Zero.  One individual who received an unfavorable MSSD elected to waive receipt of the specific information that led to the unfavorable MSSD.  This individual was not one of the 14 sent the unauthorized Waiver Memo between May 21 and May 31, 2019; rather, this individual received a signed/authorized memorandum from Army G-1.  *See* paragraph 7 below.

  e.  The number of soldiers who responded declining to waive:
      Zero.  No memos have been returned to USAREC HQ, signed or unsigned.

  f.  The time period during which the Memos were sent:
      Less than 2 weeks; approximately May 21 – May 31, 2019.

  g.  Whether the government has stopped this practice of sending Waiver Memos:

      Yes, on May 31, 2019 this office instructed USAREC Headquarters to inform all Recruiting Battalions that use of the Voluntary Waiver of Notification of Adverse MSSR Memo was not authorized.  Subsequently, USAREC HQ delivered that message to all its Recruiting Battalions on 31 May.

6.      The Voluntary Waiver of Notification of Adverse MSSR Memo was created to allow MAVNIs who requested to leave the Army and/or the MAVNI program to elect out of the MSSR notification and rebuttal process, and proceed directly to administrative separation after an unfavorable MSSR was issued.  Even if the individual were to request to waive the MSSR notification procedures, such waiver does not result in a waiver of due process procedures afforded under the October 26, 2018 memo or the Army's administrative separation regulation.

7.      Between on or about March 2019 – May 2019, USAREC issued authorized

Voluntary Waiver of Notification of Adverse MSSR Memos, in accordance with the original

intent of the memo (set forth in paragraph 6 above), to fewer than 10 individuals who indicated

interest in leaving the MAVNI program.  One individual returned the memo to USAREC

waiving the MSSR notification process.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 14, 2019.


_____

LIN H. ST. CLAIR

Help

| | | | | | | |
|---|---|---|---|---|---|---|

**Welcome, Handley, Scott E Mr CIV USA TRADOC USAREC** | Monday, 10 Jun 2019

**Profile** > Contacts

**Record Summary: Contacts**

UDEIGWE, EMEKA N (Enlisted Reserve - SSN4: ~~Redacted~~ PRID: ~~Redacted PII~~        ◄ Return to Profile

The following is a summary of the person's Contacts.  To add a Contact, select the **Add** button.

**Contact Information**

| Contact By/ Comment By | Location ID | Contact Type | Contact Date / Next Action Date | Result / Next Action | Status / Disposition | Remarks / Leader Remarks | Review |
|---|---|---|---|---|---|---|---|
| SGT JAMES B WELLS | 5C2G | Follow up Appointment | 07 Jun 2019 17:21 / 14 Jun 2019 09:15 | Conducted / Follow up Appointment | Applicant / Follow up Appointment | Coming in to talk about his options on Fr day the 14th | |
| SGT JAMES B WELLS | 5C2G | Follow up Appointment | 07 Jun 2019 17:19 / 07 Jun 2019 09:00 | Conducted / Follow up Appointment | Applicant / Follow up Appointment | Coming in to talk about his options on Fr day the 14th | |
| SGT JAMES B WELLS | 5C2G | Future Soldier Orientation | 31 May 2019 17:08 / 07 Jun 2019 00:00 | Rescheduled / Follow up Appointment | Applicant / Follow up Appointment | Push out to see what to do with this MAVNI. / Follow up w th this MAVNI to see if he is still trying to DEP loss for AMMED. - SFC RAYMOND A DUNKLEBARGER - 5C2G - 05 Jun 2019 18:46 | |
| SSG MAURICE M BARBOUR | 5C2G | Follow up Appointment | 17 May 2019 14:33 / 31 May 2019 00:00 | Not Conducted / Future Soldier Orientat on | Applicant / Future Soldier Orientation | Waiting to see if he is going to be a FS loss under the MAVNI program | |
| SSG RICHARD U CRUZ | 5C2G | Future Soldier Orientation | 13 May 2019 07:10 / 16 May 2019 00:00 | Conducted / Follow up Appointment | Applicant / Follow up Appointment | Waiting to see if he is going to be a FS loss under the MAVNI program | |
| SSG MAURICE M BARBOUR | 5C2G | Future Soldier Orientation | 02 May 2019 17:31 / 10 May 2019 00:00 | Conducted / Future Soldier Orientat on | Applicant / Future Soldier Orientation | Waiting to see if he is going to be a FS loss under the MAVNI program | |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Orientation | 26 Apr 2019 13:07 / 02 May 2019 00:00 | Conducted / Future Soldier Orientat on | Applicant / Future Soldier Orientation | FS received his c tizenship. now he is talking to AMEDD about the possibil ty of him joining them. | |
| SSG MAURICE M BARBOUR | 5C2G | Future Soldier Orientation | 11 Apr 2019 17:27 / 26 Apr 2019 00:00 | Conducted / Future Soldier Orientat on | Applicant / Future Soldier Orientation | Spoke to FS, no new issues. Keeping up with his school work. He is ready to ship. / Keep in touch with FS and have him complete an FSA1. - SFC RAYMOND A DUNKLEBARGER - 5C2G - 12 Apr 2019 21:41 | |
| SFC STEPHEN F PARINS | 5C2G | Future Soldier Orientation | 27 Mar 2019 16:44 / 11 Apr 2019 00:00 | Conducted / Future Soldier Orientat on | Applicant / Future Soldier Orientation | Spoke to FS, no new issues. Keeping up with his school work. He is ready to ship. | |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Orientation | 21 Feb 2019 17:25 / 27 Mar 2019 | Conducted / Future Soldier Orientat on | Applicant / Future Soldier Orientation | FS is on his last semester of his doctorates degree and is waiting to ship / Keep him motivated and be sure to make contact weekly. - SFC RAYMOND | Y |

| | | | | | |
|---|---|---|---|---|---|
| | | | 00:00 | | A DUNKLEBARGER - 5C2G - 20 Mar 2019 20:47 |
| SFC STEPHEN F PARINS | 5C2G | Follow up Appointment | 14 Feb 2019 18:46 / 21 Feb 2019 00:00 | Conducted Future Soldier Orientat on | Applicant Future Soldier Orientation | Tried to call FS, he did not answer. I left a message for him to call me back. |
| SFC ANTONIO D SMITH | 5C2G | Future Soldier Orientation | 31 Jan 2019 18:24 / 14 Feb 2019 00:00 | Conducted Follow up Appointment | Applicant Follow up Appointment | FS sa d he doing well but hates the cold weather that is passing through this week. Reminded him about staying in contact with the stat on for updates. |
| SSG MAURICE M BARBOUR | 5C2G | Future Soldier Orientation | 17 Jan 2019 18:12 / 31 Jan 2019 00:00 | Conducted Future Soldier Orientat on | Applicant Future Soldier Orientation | In school is excited to leave still in school going to for degree. Make sure we get an accurate HT/WT this week on this FS. - SFC ANTONIO D SMITH - 5C2G - 28 Jan 2019 09:18 |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Orientation | 04 Jan 2019 17:06 / 21 Jan 2019 00:00 | Conducted Future Soldier Orientat on | Applicant Future Soldier Orientation | FS is on Christmas break has no issues. he is happy that his ship date was moved. now he can finish he last semester of his Doctors Degree. |
| SFC STEPHEN F PARINS | 5C2G | Follow up Appointment | 26 Dec 2018 08:26 / 04 Jan 2019 00:00 | Conducted Future Soldier Orientat on | Applicant Future Soldier Orientation | FS has new ship date of 6 July. Informed FS and he is happy with the new ship date. Ensure we keep him engaged on a weekly basis in order to avo d a FS loss in the future. - SFC STEPHEN F PARINS - 5C2G - 03 Jan 2019 17:31 |
| SSG MAURICE M BARBOUR | 5C2G | Follow up Appointment | 14 Dec 2018 11:17 / 28 Dec 2018 09:00 | Conducted Follow up Appointment | Applicant Follow up Appointment | Waiting on OPS to get him a ship date for BCT |
| SFC ANTONIO D SMITH | 5C2G | Follow up Appointment | 21 Nov 2018 16:40 / 14 Dec 2018 00:00 | Conducted Follow up Appointment | Applicant Follow up Appointment | Awaiting actions from higher. Has a ship date of 14 January. He needs to enroll into classes and write a statement on why he needs to RENO his ship date due to in his last year for his PHD. We need this letter and enrollment letter NLT 28 Nov 2018. - SFC STEPHEN F PARINS - 5C2G - 25 Nov 2018 20:34 |
| SSG MAURICE M BARBOUR | 5C2G | Packet Review | 19 Nov 2018 18:04 / 21 Nov 2018 09:00 | Confirmed Follow up Appointment | Applicant Follow up Appointment | MSG Agard is working on his s tuation pertaining to his Ship Date |
| 1SG CHERHONDA T SHIELDS | 5C2 | Comments | 06 Nov 2018 16:46 | | | Determined that his contract was reinstated: appl cant was a Soldier the whole reprocessing period (SHIELC) |
| SSG MAURICE M BARBOUR | 5C2G | Schedule Process / Packet QA | 05 Nov 2018 17:14 / 19 Nov 2018 09:00 | Conducted Packet Review | Applicant Packet Review | Waiting on the CI results |
| 1SG CHERHONDA T SHIELDS | 5C2 | Comments | 02 Nov 2018 10:56 | | | Prev ously discharged MAVNI: projected for inspect and enlist 2 NOV 2018 (SHIELC) |
| SFC STEPHEN F PARINS | 5C2G | Determine Disqualif cation Set Follow-up Date | 02 Nov 2018 16:56 / 05 Nov 2018 00:00 | Scheduled Schedule Process / Packet QA | Applicant Schedule Process | Val dation is complete zero errors. The applicat on was QC'd by the CL. The documents in ERM have been verified. This is a GO packet. |
| SFC STEPHEN F PARINS | 5C2G | Test/Physical | 02 Nov 2018 15:29 / 29 Nov 2018 00:00 | Conducted Determine Disqualificat on Set Follow-up Date | Applicant Temporary Disqualified Medical | Took physical today. Waiting on MED Waiver to be returned. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SFC STEPHEN F PARINS | 5C2G | Collect Supporting Documents/Validate Eligibility | 01 Nov 2018 16:41 02 Nov 2018 00:00 | Received _____ Test/Phys cal | Applicant _____ Test / Physical | Taking ASVAB and Physical Thursday for Fr day. Upon passing physical, MEPS will try to get waiver approval the same day for enlistment. | |
| SFC ERNESTO COLONRIVERA | 5C2G | Collect Supporting Documents/Validate Eligibility | 18 Oct 2018 18:14 01 Nov 2018 00:00 | Not Returned _____ Collect Supporting Documents/Val date Eligibi ty | Applicant _____ Pending Med cal Waiver | waiver was sent up on oct 15 on the 16th theirs a comment that states failed code 42 don't know what means. notified the SC _____ MED Waivers are currently on 1-5 Oct. - SFC STEPHEN F PARINS - 5C2G - 25 Oct 2018 18:48 | |
| SSG MAURICE M BARBOUR | 5C2G | Awa ting Results | 12 Oct 2018 15:23 19 Oct 2018 09:00 | Not Conducted _____ Collect Supporting Documents/Val date Eligibi ty | Applicant _____ Pending Med cal Waiver | Waiting on Pre-screen med read _____ Pre-Screen submitted on 20181011. Waiting on return. - SFC STEPHEN F PARINS - 5C2G - 12 Oct 2018 16:05 | |
| SSG MAURICE M BARBOUR | 5C2G | Follow up Appointment | 09 Oct 2018 21:04 12 Oct 2018 09:00 | Conducted _____ Awaiting Results | Applicant _____ Qualified Pending Selection | Waiting to get MAVNI stuff straightened out _____ All required docs are scanned in. Sent to 1SG to expede te MED read process to get him a phys cal and reno date. - SFC STEPHEN F PARINS - 5C2G - 11 Oct 2018 20:27 | |
| SGT JAMES B WELLS | 5C2G | Follow up Appointment | 09 Oct 2018 21:03 10 Oct 2018 00:00 | Conducted _____ Follow up Appointment | Applicant _____ Follow up Appointment | Talk w th her tomorrow afternoon | |
| SFC ERNESTO COLONRIVERA | 5C2G | Appointment-Initial | 09 Oct 2018 17:09 09 Oct 2018 17:09 | Conducted _____ Follow up Appointment | Applicant _____ Follow up Appointment | App Revived on Oct 9 2018 5:08:21 | |
| SFC ERNESTO COLONRIVERA | 5C2G | Revived | 09 Oct 2018 17:08 09 Oct 2018 17:08 | Conducted _____ Appointment-Initial | Applicant _____ Appointment Initial | App Revived on Oct 9 2018 5:08:21 | |
| SFC ERNESTO COLONRIVERA | 5C2G | Collect Supporting Documents/Validate Eligibility | 10 Jul 2018 17:28 | Not Returned | Applicant _____ Not Interested-Terminate | terminate discharged mavni | Y |
| SFC STEPHEN F PARINS | 5C2G | Future Soldier Orientation | 08 Jul 2018 20:11 10 Jul 2018 00:00 | Not Conducted _____ Collect Supporting Documents/Val date Eligibi ty | Applicant _____ Temporary Disqualified Admin | Disapproved MAVNI, SFC Colon already notified FS and is trying to get in touch with his AR unit. | |
| | | Future Soldier Orientation | 06 Jul 2018 03:30 06 Jul 2018 03:30 | Not Conducted _____ Future Soldier Orientat on | Applicant _____ Future Soldier Orientation | | |
| | | Future Soldier Orientation | 06 Jul 2018 02:01 06 Jul 2018 02:01 | Not Conducted _____ Future Soldier Orientat on | Applicant _____ Future Soldier Orientation | | |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 14 Jun 2018 18:09 12 Jul 2018 00:00 | Conducted _____ Future Soldier Training | Delayed Training Program _____ Future Soldier Training | fs is waiting on his ci results | |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 01 Jun 2018 13:36 14 Jun 2018 00:00 | Conducted _____ Future Soldier Training | Delayed Training Program _____ Future Soldier Training | fs is waiting on his CI results | |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 24 May 2018 | Conducted _____ Future Soldier | Delayed Training Program | motivated FS has no issues just waiting on CI results | |

Redacted PII

Case 1:18-cv-01551-ESH   Document 103-2   Filed 06/17/19   Page 4 of 11

| | | | 12:46 31 May 2018 00:00 | Training | Future Soldier Training | |
|---|---|---|---|---|---|---|
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 17 May 2018 11:33 24 May 2018 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | Fs is waiting on the results from the CI interview |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 03 May 2018 17:40 17 May 2018 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | fs has no issues just waiting for his CI results |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 26 Apr 2018 18:04 03 May 2018 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS has no issues is patiently wa ting for the CI results |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 05 Apr 2018 18:18 26 Apr 2018 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS has no issues just waiting on Udeigwe |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 30 Mar 2018 16:15 05 Apr 2018 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | still waiting on the CI results |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 06 Mar 2018 16:55 22 Mar 2018 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS is patiently waiting on the CI results |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 22 Feb 2018 19:19 28 Feb 2018 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | WAITING PATIENTLY ON THE RESULTS OF CI |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 25 Jan 2018 19:35 08 Feb 2018 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | WAITING PATIENTLY ON THE RESULTS OF CI |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 11 Jan 2018 17:57 25 Jan 2018 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | WAITING PATIENTLY ON THE RESULTS OF CI |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 04 Jan 2018 17:47 11 Jan 2018 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS HAD A GOOD NEW YEARS WAITING PATIENTLY ON THE RESULTS OF CI |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 28 Dec 2017 12:34 04 Jan 2018 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | fs is enjoying his holiday break just waiting on the results of his ci |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 21 Dec 2017 18:03 28 Dec 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | started their Christmas break waiting patiently on results from ci |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 14 Dec 2017 18:50 | Conducted Future Soldier Training | Delayed Training Program Future Soldier | fs are wa ting to see their ci interviews completed |

| | | | 21 Dec 2017 00:00 | | Training | |
|---|---|---|---|---|---|---|
| SFC JASON T RIDDLE | 5C2G | Future Soldier Training | 11 Dec 2017 06:07 — 14 Dec 2017 15:00 | Cancelled Future Soldier Training | Delayed Training Program Future Soldier Training | FS wa ting to ship |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 16 Nov 2017 18:02 — 07 Dec 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS IS EARGERLY WAITING THE RESULTS OF CI TO SHIP |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 06 Nov 2017 10:15 — 16 Nov 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | NEW UPDATE WITH THE MAVNI PROGRAM IF THEY PASS THE CI INTERVIEW THEY WILL BE ABLE TO SHIP. FS IS HIGHLY MOTIVATED WITH THIS NEWS. |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 26 Oct 2017 18:31 — 02 Nov 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS IS WAITING TO SEE WHAT HAPPENS WITH THE MAVNI PROGRAM |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 16 Oct 2017 16:56 — 26 Oct 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS IS HIGHLY MOTIVATED JUST WAITING TO SEE WHEN HIS RESULTS FROM HIS CI COMEBACK |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 02 Oct 2017 18:13 — 12 Oct 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS ATTENDED THE CI AND IS NOW WAITING FOR THE RESULTS |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 15 Sep 2017 15:53 — 22 Sep 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS IS HIGHLY MOTIVATED AND BUSY WITH SCHOOL AND CONFERENCES |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 07 Sep 2017 17:07 — 14 Sep 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS TEXTED ME THAT HE WAS DOING GOOD AND HAD NO ISSUES JUST WAITING ON HIS CI |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 31 Aug 2017 15:00 — 07 Sep 2017 00:00 | No Show Future Soldier Training | Delayed Training Program Future Soldier Training | CONTACT FS AND HE IS PATIENTLY WAITING FOR HIS CI NEXT MONTH |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 24 Aug 2017 17:52 — 31 Aug 2017 00:00 | No Show Future Soldier Training | Delayed Training Program Future Soldier Training | CALLED AND TEXT FS AND NO ANSWER I WILL CALL HIM AGAIN TOMORROW |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 17 Aug 2017 16:39 — 24 Aug 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS CAME IN TO THE STATION WITH MAVNI DAVID HE IS BUSY DOING SEMENARS |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 10 Aug 2017 18:17 — 17 Aug 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS CAME IN I GAVE HIM THE INFORMATION FOR HIS CI INTERVIEW |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 10 Aug 2017 18:16 — 10 Aug 2017 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS CAME IN I GAVE HIM THE INFORMATION FOR HIS CI INTERVIEW |

Redacted PII

Case 1:18-cv-01551-ESH   Document 103-2   Filed 06/17/19   Page 6 of 11

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 00:00 | | | |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 03 Aug 2017 18:42 10 Aug 2017 00:00 | No Show Future Soldier Training | Delayed Training Program Future Soldier Training | FS TEXTED HE WAS GO JUST HAS ALOT OF SCHOOL WORK IS WAITING TO SEE WHEN THE CI INTERVIEW IS GOING TO BE SCHEDULED |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 27 Jul 2017 18:25 03 Aug 2017 00:00 | No Show Future Soldier Training | Delayed Training Program Future Soldier Training | FS DIDNT SHOW AGAIN FOR TRAINING |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 20 Jul 2017 18:27 27 Jul 2017 00:00 | No Show Future Soldier Training | Delayed Training Program Future Soldier Training | DIDNT SHOW UP FOR TRAINING BUT TEXTED ME THAT HE WAS GOOD AND HAD NO ISSUES |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 20 Jul 2017 18:26 27 Jul 2017 00:00 | No Show Future Soldier Training | Delayed Training Program Future Soldier Training | DIDNT SHOW UP FOR TRAINING BUT TEXTED ME THAT HE WAS GOOD AND HAD NO ISSUES |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 13 Jul 2017 17:25 20 Jul 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS IS STILL COMMITTED WAITING TO SEE WHAT HAPPENS WITH THE MAVNI PROGRAM |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 08 Jul 2017 13:05 13 Jul 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | WAITING TO SEE WHAT HAPPENS WITH THE MAVNI PROGRAM |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 30 Jun 2017 14:47 06 Jul 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | WAITING TO SEE WHAT HAPPENS WITH THE MAVNI PROGRAM |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 31 May 2017 18:43 22 Jun 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | HE REPLIED TO THE TEXT THAT HE WAS GOOD BUSY WITH SCHOOL WORK. WAITING TO SEE WHAT HAPPENS WITH THE MAVNI PROGRAM |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 25 May 2017 09:48 31 May 2017 00:00 | No Show Future Soldier Training | Delayed Training Program Future Soldier Training | SENT TEXT AND CALLED BUT NO REPLIED WILL TRY TO GET IN CONTACT WITH HIM AFTER THE BREAK |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 18 May 2017 17:31 25 May 2017 00:00 | No Show Future Soldier Training | Delayed Training Program Future Soldier Training | fs is disappointed that the ci interview was cancelled |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 14 May 2017 22:51 18 May 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | NOTIFIED FS THAT THE CI INTERVIEW WAS CANCELLED |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 27 Apr 2017 18:07 04 May 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS WILL ATTEND INTERVIEW |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 19 Apr 2017 18:33 27 Apr 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS IS HIGHLY MOTIVATED WAITING TO SEE WHAT HAPPENS WITH MAVNI PROGRAM |

| | | | | | | |
|---|---|---|---|---|---|---|
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 07 Apr 2017 13:41 14 Apr 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | IS PATIENTLY WAITING TO SEE WHAT HAPPENS WITH THE MAVNI PROGRAM |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 30 Mar 2017 17:37 07 Apr 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS IS HIGHLY MOTIVATED WAITING TO SEE WHAT HAPPENS WITH THE SHIP DATE. |
| BORRELLOVA | | Comments | 29 Mar 2017 13:23 | | | Continue to help him overcome the MAVNI hurdle (BORREV) |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 24 Mar 2017 16:27 31 Mar 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS CAME IN TODAY FOR OPAT TRAINING |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 16 Mar 2017 15:34 23 Mar 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS IS ON HIS SPRING BREAK WILL COME IN NEXT WEEK FOR TRAINING |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 06 Mar 2017 18:07 16 Mar 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | TALKED TO FS HAS NO ISSUES |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 01 Feb 2017 13:51 01 Mar 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS IN SCHOOL HAS NO ISSUES I NOTIFIED HIM THAT I WILL BE GOING TO SLC AND WILL BE BACK BY FEBRUARY 24TH. TOLD HIM IF HE HAD ANY QUESTIONS HE CAN TEXT ME OR CALL SFC RIDDLE |
| BORRELLOVA | | Comments | 29 Jan 2017 23:06 | | | Continue to monitor (BORREV) |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 12 Jan 2017 18:02 19 Jan 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS CAME IN IS STILL MOTIVATED WILL DO OPAT TRAINING NEXT WEEK |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 05 Jan 2017 18:15 12 Jan 2017 00:00 | No Show Future Soldier Training | Delayed Training Program Future Soldier Training | SENT TEXT WAITING ON REPLY WILL FOLLOW UP. |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 27 Dec 2016 15:37 05 Jan 2017 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS IS IN ATLANTA ENJOYING HIS BREAK HAS NO ISSUES. WHEN HE GETS BACK WILL SCHEDULE A DAY FOR HIM TO DO THE OPAT |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 15 Dec 2016 16:55 22 Dec 2016 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS HAS NO ISSUES |
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 09 Dec 2016 14:00 15 Dec 2016 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS IS IN SCHOOL HAS NO ISSUES HE IS JUST WAITING ON THE SHIP DATE |
| BORRELLOVA | | Comments | 08 Dec 2016 08:42 | | | Ensure MAVNI FS understands he is not shipping: see how we can push this date out ourselves (BORREV) |

| Name | Code | Type | Date | Status / Training | Program | Comments | |
|---|---|---|---|---|---|---|---|
| SFC ERNESTO COLONRIVERA | 5C2G | Future Soldier Training | 29 Nov 2016 17:47 08 Dec 2016 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | FS WILL COME IN ON TUESDAY | |
| SSG MATTHEW T KERSHNER | 5C2G | Future Soldier Training | 28 Oct 2016 17:07 28 Nov 2016 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | Working on his doctorate--slightly more important than FST. Is fit and motivated otherwise. Would be more so if he'd ship on time but BG investigation delays are sluggish. | Y |
| | | | | | | MAVNI FS: Do not use duplicate comments from other FS. OPAT will be a shipping requirement. Still needs to attend 1x training minimum. Contact must be made weekly not monthly. - SFC JASON T RIDDLE - 5C2G - 30 Oct 2016 21:54 | |
| BORRELLOVA | | Comments | 25 Sep 2016 17:51 | | | Keep FS involved in FST despite school focus, and keep interest/morale up; focus FS on referrals: work on FS tasks (BORREV) | |
| SSG MATTHEW T KERSHNER | 5C2G | Future Soldier Training | 23 Sep 2016 14:33 24 Oct 2016 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | Doing more important college-level stuff. Will have come in closer to his actual ship date. | Y |
| | | | | | | Still need to see on a bi weekly basis, MAVNI, continue to monitor ship date - SFC JASON T RIDDLE - 5C2G - 20 Oct 2016 21:48 | |
| SSG MATTHEW T KERSHNER | 5C2G | Future Soldier Training | 13 Sep 2016 17:53 22 Sep 2016 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | Goes to unit this week. | |
| SSG MATTHEW T KERSHNER | 5C2G | Future Soldier Training | 12 Sep 2016 12:59 13 Sep 2016 00:00 | Rescheduled Future Soldier Training | Delayed Training Program Future Soldier Training | Rescheduled to tomorrow. | |
| SSG MATTHEW T KERSHNER | 5C2G | Future Soldier Training | 08 Sep 2016 10:00 12 Sep 2016 09:00 | No Show Future Soldier Training | Delayed Training Program Future Soldier Training | Coming in Monday. Planning to get to unit finally next week as well. | |
| SSG MATTHEW T KERSHNER | 5C2G | Future Soldier Training | 01 Sep 2016 17:06 08 Sep 2016 10:30 | Rescheduled Future Soldier Training | Delayed Training Program Future Soldier Training | Called unit again, no response, left message again. Can't schedule in-processing if they don't reply. | |
| SSG MATTHEW T KERSHNER | 5C2G | Future Soldier Training | 22 Aug 2016 16:01 01 Sep 2016 10:30 | Rescheduled Future Soldier Training | Delayed Training Program Future Soldier Training | Called unit again, no response, left message again. Can't schedule in-processing if they don't reply. FS has unit information and is trying to contact as well. | |
| SSG MATTHEW T KERSHNER | 5C2G | Future Soldier Training | 12 Aug 2016 09:30 19 Aug 2016 00:00 | Rescheduled Future Soldier Training | Delayed Training Program Future Soldier Training | Called unit, no answer, go figure. Left message on their machine to get back to me so I can schedule the processing. | |
| SSG MATTHEW T KERSHNER | 5C2G | Future Soldier Training | 11 Aug 2016 17:56 12 Aug 2016 09:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | Planning unit in-processing for next week, trying to get in touch with unit. | |
| SSG MATTHEW S TRUXEL | 5C2G | Future Soldier Training | 27 Jul 2016 13:03 01 Aug 2016 00:00 | Rescheduled Future Soldier Training | Delayed Training Program Future Soldier Training | hammering away at school and handling his fs training as well | |
| SSG MATTHEW S TRUXEL | 5C2G | Future Soldier Training | 19 Jul 2016 16:54 | Conducted Future Soldier Training | Delayed Training Program Future Soldier | FS is motivated and continues to push his pt in training and outside of the fst Committed: working on doctorate - | Y |

| Contact | Code | Activity | Date | Status | Category | Notes | |
|---|---|---|---|---|---|---|---|
| | | | 25 Jul 2016 00:00 | | Training | SSG MATTHEW T KERSHNER - 5C2G - 19 Jul 2016 17:32 | |
| SSG MATTHEW S TRUXEL | 5C2G | Future Soldier Training | 07 Jul 2016 12:43 / 18 Jul 2016 00:00 | Rescheduled Future Soldier Training | Delayed Training Program Future Soldier Training | work and school. Still a green status / Comm tted to ship and is motivated. Has 400 and 426. - SSG MATTHEW T KERSHNER - 5C2G - 07 Jul 2016 13:04 | Y |
| SSG MATTHEW T KERSHNER | 5C2G | Future Soldier Training | 29 Jun 2016 17:29 / 07 Jul 2016 00:00 | No Show Future Soldier Training | Delayed Training Program Future Soldier Training | Didn't attend training. Hasn't due to doctoral program requirements. | |
| CAPANGJ | | Comments | 20 Jun 2016 16:32 | | | Keep this Soldier motivated and ready to ship. Ensure you are asking for referals. (CAPANG) | |
| SSG MATTHEW S TRUXEL | 5C2G | Future Soldier Training | 10 Jun 2016 16:31 / 27 Jun 2016 00:00 | Rescheduled Future Soldier Training | Delayed Training Program Future Soldier Training | handling school | |
| SSG MATTHEW S TRUXEL | 5C2G | Future Soldier Training | 30 May 2016 21:15 / 06 Jun 2016 00:00 | Rescheduled Future Soldier Training | Delayed Training Program Future Soldier Training | still working on school | |
| SSG MATTHEW S TRUXEL | 5C2G | Future Soldier Training | 05 May 2016 10:27 / 09 May 2016 00:00 | Rescheduled Future Soldier Training | Delayed Training Program Future Soldier Training | had school obligation to tend to | |
| SSG MATTHEW S TRUXEL | 5C2G | Future Soldier Training | 25 Apr 2016 15:37 / 29 Apr 2016 00:00 | Rescheduled Future Soldier Training | Delayed Training Program Future Soldier Training | training rescheduled for this thursday | |
| SSG MATTHEW S TRUXEL | 5C2G | Future Soldier Training | 18 Apr 2016 14:53 / 25 Apr 2016 00:00 | Rescheduled Future Soldier Training | Delayed Training Program Future Soldier Training | could not make training due to school / Is focused on his doctorate at the moment so hasn't been able to attend FST. - SSG MATTHEW S TRUXEL - 5C2G - 22 Apr 2016 14:04 | |
| SSG MATTHEW S TRUXEL | 5C2G | Verify FS Soldier Prog/ Complete / Update RCRD and FS.Com | 01 Apr 2016 16:24 / 07 Apr 2016 00:00 | Conducted Future Soldier Training | Delayed Training Program Future Soldier Training | did FSO and training. Him and future soldier Dav d are partnered up. Same school and same continent of origin. Great to deal with him and look forward to watching him grow into his role as a leader in the program | |
| GOGGANSSM | | Comments | 18 Mar 2016 18:21 | | | I called and spoke to FS Edeigwe: he asked questions about when does he get to go to his unit: I told you would follow up next week: ensure contact history is updated and FSO/PFA gets completed (GOGGAS) | |
| | | Verify FS Soldier Prog/ Complete / Update RCRD and FS.Com | 18 Mar 2016 11:06 / 18 Mar 2016 11:06 | Not Conducted Verify FS Soldier Prog / Complete / Update RCRD and FS.Com | Delayed Training Program Future Soldier Training | | |
| SFC JASON T RIDDLE | 5C2G | Physical | 11 Mar 2016 15:38 / 17 Mar 2016 00:00 | Confirmed Packet Review | Applicant Packet Review | 51 Enlist next Thursday | |
| SSG MATTHEW T KERSHNER | 5C2G | Pending Med Doc /Determ Phys Eligibility | 29 Feb 2016 12:41 / 03 Mar 2016 | Received Physical | Applicant Physical | 52 Phys to continue med waiver process | |

Redacted PII

| | | | 00:00 | | | | |
|---|---|---|---|---|---|---|---|
| SSG MATTHEW T KERSHNER | 5C2G | Physical | 23 Feb 2016 09:51 29 Feb 2016 00:00 | Not Conducted Pending Med Doc /Determ Phys Eligibil ty | Applicant Pending Med Documents | 52 Pending med docs for treatment of Malaria | |
| SSG MATTHEW T KERSHNER | 5C2G | Packet Review | 11 Feb 2016 10:22 18 Feb 2016 00:00 | Confirmed Physical | Applicant Physical | 51 Good for Wed/Thurs Floor Packet QC'd by CL and is in a "GO" status - SFC JASON T RIDDLE - 5C2G - 11 Feb 2016 10: 38 | Y |
| SSG MATTHEW T KERSHNER | 5C2G | Physical | 10 Feb 2016 10:01 16 Feb 2016 00:00 | Not Conducted Packet Review | Applicant Packet Review | 51 Packet QC, sent to CC. | |
| SSG MATTHEW T KERSHNER | 5C2G | Packet Review | 05 Feb 2016 15:47 11 Feb 2016 00:00 | Confirmed Physical | Applicant Physical | 54 Awa ting references and family informat on. Rest of packet G2G. | |
| SSG MATTHEW T KERSHNER | 5C2G | Test | 04 Feb 2016 14:50 08 Feb 2016 00:00 | Conducted Packet Review | Applicant Packet Review | 54 OPI conducted, pending results. Continuing to built pkt. | |
| SSG MATTHEW T KERSHNER | 5C2G | Follow up Appointment | 29 Jan 2016 12:12 04 Feb 2016 00:00 | Conducted Test | Applicant Test | 54 OPI Scheduled for 4 Feb. | |
| SSG MATTHEW T KERSHNER | 5C2G | Test | 20 Jan 2016 11:08 27 Jan 2016 00:00 | Conducted Follow up Appointment | Applicant Follow up Appointment | 54 Pending SF86 packet and OPI Test date. Need Education documents. | |
| SSG MATTHEW T KERSHNER | 5C2G | Check Status or Schedule Processing | 12 Jan 2016 17:50 19 Jan 2016 00:00 | Conducted Test | Applicant Test | Agree to Process | |
| SSG MATTHEW T KERSHNER | 5C2G | Follow up Appointment | 07 Jan 2016 17:07 14 Jan 2016 00:00 | Conducted Check Status or Schedule Processing | Prospect Temporary Disqualified Admin | 5 Awa ting G-845 approval | |
| SSG MATTHEW T KERSHNER | 5C2G | Appointment-Initial | 07 Jan 2016 16:40 07 Jan 2016 16:40 | Conducted Follow up Appointment | Prospect Follow up Appointment | App Revived on Jan 7 2016 4:39:50 | |
| SSG MATTHEW T KERSHNER | 5C2G | Revived | 07 Jan 2016 16:39 07 Jan 2016 16:39 | Conducted Appointment-Initial | Prospect Appointment Initial | App Revived on Jan 7 2016 4:39:50 | |
| SSG DANIEL P KRUSZKA | 5C7B | Check Status or Schedule Processing | 28 Dec 2015 14:23 | Conducted | Prospect Not Interested-Terminate | MOVED OUT OF OUR AO. WANTS TO PROCESS WITH A CENTER CLOSER TO HIS HOME | Y |
| SSG DANIEL P KRUSZKA | 5C7B | Check Status or Schedule Processing | 17 Dec 2015 17:30 07 Jan 2016 00:00 | Conducted Check Status or Schedule Processing | Prospect Unwilling To Commit | UTC WILL FU Conduct Hot knock to determine further processing and update the contact history to reflect - SFC JASON A GRIBSCHAW - 5C7B - 18 Dec 2015 14:16 | Y |
| SFC JASON A GRIBSCHAW | 5C7B | Verify Wa ting Per od/Validate Due | 02 Dec 2015 | Conducted | Prospect | PROSPECT IS INTERESTED IN MAVNI. HE HAS TO WAIT UNTIL DEC 15th TO | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Cause to Continue | 22:18 16 Dec 2015 00:00 | Check Status or Schedule Processing | Temporary Disqualified Admin | MEET THE 2 YEARS IN THE US. Does not meet time requirement in the US to Qualify for the MAVNI program until after 15 DEC 2015. - SSG DANIEL P KRUSZKA - 5C7B - 02 Dec 2015 22:19 | |
| SSG DANIEL P KRUSZKA | 5C7B | No Act on | 20 Aug 2015 05:01 | Contacted | Prospect Temporary Disqualified Admin | Action Zone determined no action taken by User CONDUCT FOLLOW UP TO DETERMINE FURTHER PROCESSING - SSG DANIEL P KRUSZKA - 5C7B - 08 Oct 2015 17:13 | Y |
| SFC CHRISTIAN GOMEZVELAZQUEZ | 5C7B | Appointment-Initial | 14 Aug 2015 15:07 30 Nov 2015 00:00 | Not Conducted Check Status or Schedule Processing | Prospect Temporary Disqualified Admin | PROSPECT IS INTERESTED IN MAVNI. HE HAS TO WAIT UNTIL DEC TO MEET THE 2 YEARS IN THE US. RGR - SFC JASON A GRIBSCHAW - 5C7B - 16 Oct 2015 18:38 | Y |
| SSG EUGENE R DOWDELL | 5C7B | Appointment-Initial | 10 Aug 2015 09:20 14 Aug 2015 00:00 | Rescheduled Appointment-Initial | Prospect Appointment Initial | RESCHEDULED TO FRIDAY CONDUCT THE IA, CONDUCT THE EST, APPLEMDT REVIEW AND UPDATE THE CONTACT HISTORY TO REFLECT, PUSH FOR COMMITMENT - SSG DANIEL P KRUSZKA - 5C7B - 10 Aug 2015 18:21 | Y |
| SSG EUGENE R DOWDELL | 5C7B | Appointment-Initial | 10 Aug 2015 09:16 10 Aug 2015 00:00 | Rescheduled Appointment-Initial | Prospect Appointment Initial | RESCHEDULED TO FRIDAY System Approved - 10 Aug 2015 09:16 | Y |
| SSG DANIEL P KRUSZKA | 5C7B | Face To Face | 06 Aug 2015 18:24 06 Aug 2015 18:39 | Contacted Appointment-Initial | Prospect Appointment Initial | NO LAW.NO MED.NO DEP.NPS.HT/WT GOOD.NO TATTOOS.NO PIERCINGS.HAS A MASTERS IN CHEMISTRY. WORKING TOWARD PHD IN CHEMISTRY.INTERESTED IN MAVNI. SPEAKS IGBO Lead ---> Prospect - 06 Aug 2015 18:26 | Y |
| SSG DANIEL P KRUSZKA | 5C7B | Face To Face | 06 Aug 2015 18:22 | Contacted | Lead Follow Up | | |

**Return**

Use of this web site constitutes acceptance of our Terms of Use and Privacy Policy

This screen contains sensitive information that is FOR OFFICIAL USE ONLY.

®2009 US Army. All rights reserved.

RZ2 Version 2.03.03.006, Server: ac0map31p