**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>  Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF THE ARMY, *et al.*,<br><br>  Defendants. | Civil Action No. 18-1551 (ESH) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of Court will please enter the appearance of Special Assistant United States Attorney ("SAUSA") Jeremy A. Haugh as counsel of record for the defendants in the above-captioned case and withdraw the appearance of SAUSA Roberto C. Martens, Jr.

Dated: July 16, 2019               Respectfully submitted,

                    */s/ Jeremy A. Haugh*
                    JEREMY A. HAUGH
                    Special Assistant United States Attorney
                    United States Attorney's Office
                    Civil Division
                    555 4th Street, N.W.
                    Washington, D.C. 20530
                    (202) 252-2574
                    jeremy.haugh@usdoj.gov

                    *Attorney for Defendants*