**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| LUCAS CALIXTO, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| PLAINTIFFS, | | |
| v. | | **Case No. 1:18-cv-01551-ESH** |
| UNITED STATES DEPARTMENT OF THE ARMY, *et al.*, | | |
| DEFENDANTS. | | |

## NOTICE OF CHANGE OF ADDRESS

Please take notice of the following change of address for Plaintiffs' counsel Douglas W. Baruch:

> Douglas W. Baruch
> Morgan, Lewis & Bockius LLP
> 1111 Pennsylvania Avenue, NW
> Washington, D.C.  20004-2541
> Tel:     202.739.5219
> Fax:    202.739.3001
> Email: douglas.baruch@morganlewis.com

Dated: July 22, 2019

Respectfully submitted,

*/s/ Douglas W. Baruch*
Douglas W. Baruch (D.C. Bar No. 414354)
Jennifer M. Wollenberg (D.C. Bar No. 494895)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
Tel:    (202) 739-5219
Fax:   (202) 739-3001
Email: douglas.baruch@morganlewis.com
Email: jennifer.wollenberg@morganlewis.com

*Counsel for Plaintiffs*