**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LUCAS CALIXTO, *et al.*, <br><br> PLAINTIFFS, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE ARMY, *et al.*, <br><br> DEFENDANTS. | ) ) ) ) ) ) ) ) **Case No. 1:18-cv-01551-ESH** ) ) ) ) ) ) ) |

## NOTICE OF CHANGE OF ADDRESS

Please take notice of the following change of address for Plaintiffs' counsel Jennifer M. Wollenberg:

>Jennifer M. Wollenberg
>Morgan, Lewis & Bockius LLP
>1111 Pennsylvania Avenue, NW
>Washington, D.C.  20004-2541
>Tel:   202.739.5313
>Fax:    202.739.3001
>Email:  jennifer.wollenberg@morganlewis.com

Dated: July 22, 2019

Respectfully submitted,

 */s/ Jennifer M. Wollenberg*
Jennifer M. Wollenberg (D.C. Bar No. 494895)
Douglas W. Baruch (D.C. Bar No. 414354)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C.  20004-2541
Tel:  202.739.5313
Fax:    202.739.3001
Email:  jennifer.wollenberg@morganlewis.com
Email:  douglas.baruch@morganlewis.com

*Counsel for Plaintiffs*