IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>THE ARMY, et al.,<br><br>*Defendant*s. | Civil Action No.18-1551 (ESH) |

# DEFENDANTS' SUPPLEMENTAL RESPONSE
# TO THE COURT'S JULY 23, 2019 ORDER

In accordance with the Court's July 23, 2019 Order (ECF No. 119), Defendants respectfully submitted responses to the Court's questions prior to 12 pm today. At that time, Defendants informed the Court that they anticipated being able to supplement that response. The attached Declaration of Lin H. St. Clair responds to each of the Court's questions in its July 23, 2019 Order and supplements responses provided in Defendants' Response filed earlier today (ECF No. 121).

Dated: July 29, 2019

Respectfully submitted,

JESSIE K. LIU
D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar # 924092
Chief, Civil Division

By:     /s/
JEREMY A. HAUGH
Special Assistant United States Attorney
555 4th Street, N.W.

        Washington, D.C. 20530
        (202) 252-2574
        Jeremy.Haugh@usdoj.gov

        *Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LUCAS CALIXTO, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>THE ARMY, et al., )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:18-cv-01551<br>The Honorable Ellen Segal Huvelle |

**DECLARATION OF LIN H. ST. CLAIR**

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I make this declaration in response to the Court's order, dated July 23, 2019, to provide a report answering the following questions related to MAVNI recruits discharged for non-MSSD reasons since September 30, 2016: (1) the number of DTP recruits discharged from USAREC, but who have not received a USARC discharge order; (2) the number of MAVNI DTP recruits discharged from USAREC and USARC; and (3) the number of MAVNI DEP recruits discharged from USAREC. The order also required updating the court on: (4) the number of MSSR notification letters sent to DTP and DEP recruits pursuant to the Army's October 26, 2018 policy, and the number of recruits who have responded.

2. I am currently the Assistant Deputy for Recruiting, Office of the Assistant Secretary of the Army (Manpower & Reserve Affairs). In this capacity, I am responsible for serving as the Senior Advisor on all matters relating to military accessions and retention for the Assistant Secretary of the Army for Manpower and Reserve Affairs, the Principal Deputy, and the Deputy Assistant Secretary of the Army for Military Personnel. I have oversight

responsibilities for the Army's officer and enlisted accessions and retention programs across all components. In this capacity, I serve as the action officer oversight for non-citizen recruiting (MAVNI and Lawful Permanent Residents). I have previously submitted declarations in this case. *See* ECF No. 22-1; ECF No. 24-1; ECF No. 48; ECF No. 103-1; ECF No. 111-1.

3. Question 1): The number of DTPs discharged for non-MSSD reasons since September 30, 2016, who received a USAREC discharge order but not a USARC discharge order. **RESPONSE:** 349 DTPs discharged for non-MSSD reasons since September 30, 2016, received a USAREC discharge order but not a USARC discharge order.

a. Question 1) a.: What are the Army's plans to ensure that this group receives the notification procedures outlined in AR 135-178; **RESPONSE:** The U.S. Army Reserve plans to afford this group due process in the form of notification of separation under the provisions of AR 135-178, Section II (Separation Using the Notification Procedure).

b. Question 1) b.: The number of people within this group for whom USCIS (and/or any other government agency) was notified that they had received an Army discharge, and whether the Army plans to notify USCIS (and/or another agency) that this group has not been discharged from the Army. **RESPONSE**: DoD and the Army have no requirement to provide the status of these individuals to USCIS; as such, I am unaware of whether the Army has directly notified USCIS through official channels that any of these individuals received an Army discharge. However, the Army will coordinate with USCIS regarding the discharge status of this group.

4. Question 2): The number of DTPs discharged for non-MSSD reasons since September 30, 2016, who have received both a USAREC discharge order and a USARC

discharge order; **RESPONSE**:  15 DTPs discharged for non-MSSD reasons since September 30, 2016, have received both a USAREC discharge order and a USARC discharge order.

        a. Question 2) a.:  What are the Army's plans regarding this group, particularly where they are identified as having been discharged without receiving the procedures outlined in AR 135-178.  **RESPONSE**:  The U.S. Army Reserve plans to afford this group due process in the form of notification of separation under the provisions of AR 135-178, Section II (Separation Using the Notification Procedure).

5.      Question 3):  The number of DEPs who have been discharged for non-MSSD reasons since September 30, 2016, and have received a USAREC discharge order.

**RESPONSE**:  521 DEPs have been discharged for non-MSSD reasons since September 30, 2016, and have received a USAREC discharge order.

6.      Question 4):  The number of MSSR notification letters that have been sent to DTPs pursuant to the October 26, 2018 Memo, and the number of MSSR notification letters that have been sent to DEPs; **RESPONSE**:  A total of 327 MSSR notifications have been sent pursuant to the October 26, 2018 Memo.  185 MSSR notification letters have been sent to DTPs.  142 MSSR notification letters have been sent to DEPs.

        a. Question 4) a.:  The number of people who have responded to these MSSR notification letters.  **RESPONSE**: 58 individuals have responded to these MSSR notification letters.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2019.        ST CLAIR.LINDEN.HARRISON.II.1252353646  
Digitally signed by ST CLAIR.LINDEN.HARRISON.II.1252353646  
Date: 2019.07.29 16:28:40 -04'00'

LIN H. ST. CLAIR