UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*, <br><br> PLAINTIFFS, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE ARMY, *et al.*, <br><br> DEFENDANTS. | Case No. 1:18-cv-01551-ESH |

## **NOTICE OF ENTRY OF APPEARANCE**

The clerk of court will please enter the appearance of Kayla Stachniak Kaplan (D.C. Bar No. 996635) of the law firm Morgan, Lewis & Bockius LLP as counsel for Plaintiffs in the above-captioned action.

Dated: September 3, 2019

Respectfully submitted,

/s/ *Kayla Stachniak Kaplan*
Kayla Stachniak Kaplan (D.C. Bar No. 996635)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
Tel: 202.739.5736
Fax: 202.739.3001
Email: kayla.kaplan@morganlewis.com

*Counsel for Plaintiffs*

1