**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>    PLAINTIFFS,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al.*,<br><br>    DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>) **Case No. 1:18-cv-01551-ESH**<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE

The clerk of court will please enter the appearance of Neaha P. Raol (D.C. Bar No. 1005816) of the law firm Morgan, Lewis & Bockius LLP as counsel for Plaintiffs in the above-captioned action.

Dated: September 5, 2019    Respectfully submitted,

                 */s/ Neaha P. Raol*
              Neaha P. Raol (D.C. Bar No. 1005816)
              Morgan, Lewis & Bockius LLP
              1111 Pennsylvania Avenue, NW
              Washington, D.C.  20004-2541
              Tel:   202.739.5702
              Fax:   202.739.3001
              Email:  neaha.raol@morganlewis.com

              *Counsel for Plaintiffs*