UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LUCAS CALIXTO, *et al.*,

                  Plaintiffs,

            v.                                    Civil Action No. 18-1551 (ESH)

UNITED STATES DEPARTMENT OF
THE ARMY, *et al.*,

                  Defendants.

## ORDER

As discussed at the status conference held on September 11, at 2:00 pm, it is hereby

**ORDERED** that by no later than **September 13, 2019,** defendants shall provide

plaintiffs' counsel with:

(1) The 24 files the Army has selected according to the methodology explained in the

Court's July 31 Order (ECF 123), unredacted with regard to both names and other personally

identifying information, except with respect to medical information on any Form 2808's; and

(2) Names of the 4 soldiers who have shifted off of the list of 349 DTP MAVNI's who

received only a USAREC discharge order and thus are not considered discharged, either because

(a) they went to training and received a Defense Form 214 notice of their discharge, which the

Army considers sufficient (3 soldiers), or (b) the Army has found their USARC discharge order

and thus they are considered by the Army to have been discharged (1 soldier); and

(3) The information requested regarding the MAVNI identified by plaintiffs in an email

recently sent to defense counsel.  Other than for this name, the Army will not be required to

provide this information for any other potential named plaintiffs prior to provision of the

plaintiffs' list on October 2, 2019.



ELLEN S. HUVELLE
United States District Judge

Date:    September 11, 2019