# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, et al.,<br><br>*Defendant*s. | Civil Action No.18-1551 (ESH) |

## DEFENDANTS' NOTICE

In accordance with the Court's Order entered on September 11, 2019 (ECF No. 139), Defendants respectfully submit this Notice to inform the Court that they have produced to Plaintiffs' counsel the information and 20 of the 24 files ordered by the Court on September 11, 2019.  Defendants produced 20 files rather than 24 files as the Court ordered because, after review of the files, it was determined that there were no MAVNI DEP discharge files for December 2018 and only one discharge in February 2019 and June 2019.

Dated:  September 13, 2019

Respectfully submitted,

JESSIE K. LIU
D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar # 924092
Chief, Civil Division

By:  /s/*Jeremy A. Haugh*
JEREMY A. HAUGH
Special Assistant United States Attorney
555 4th Street, N.W.

        Washington, D.C. 20530  
        (202) 252-2574  
        jeremy.Haugh@usdoj.gov  
        *Attorneys for Defendants*