# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, et al.,<br><br>*Defendants*. | Civil Action No.18-1551 (ESH) |

## DEFENDANTS' STATUS REPORT

In accordance with the Court's Order entered on August 13, 2018 (ECF No. 23), Defendants respectfully submit this bi-weekly status report.  The Court's order requires Defendants to provide bi-weekly status reports "with any updates regarding [1] the Army's policy with respect to administrative separation procedures applicable to DEP and DTP members, as well as [2] any intention to discharge any DEP or DTP members in accordance with this policy."  Order (ECF No. 23) at 2.

1. The Army's October 26, 2018 policy memorandum (ECF No. 50-1), with regard to MAVNIs who receive unfavorable MSSRs and/or MSSDs, remains in effect and has not been changed or otherwise amended.

2. As of the date of this report, the Army has not initiated any administrative separations pursuant to the October 26, 2018 policy memorandum (ECF No. 50-1).

Dated:  September 16, 2019          Respectfully submitted,

                                                       JESSIE K. LIU
                                                       D.C. Bar # 472845
                                                       United States Attorney

                                                         DANIEL F. VAN HORN

                              D.C. Bar # 924092
                              Chief, Civil Division

By:     /s/*Jeremy A. Haugh*
          JEREMY A. HAUGH
          Special Assistant United States Attorney
          555 4th Street, N.W.
          Washington, D.C. 20530
          (202) 252-2574
          jeremy.Haugh@usdoj.gov

          *Attorneys for Defendants*