# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, et al. *Plaintiffs*, v. UNITED STATES DEPARTMENT OF THE ARMY, et al., *Defendants*. | Civil Action No.18-1551 (ESH) |

## DEFENDANTS' STATUS REPORT

In accordance with the Court's Order entered on August 13, 2018 (ECF No. 23), Defendants respectfully submit this bi-weekly status report. The Court's order requires Defendants to provide bi-weekly status reports "with any updates regarding [1] the Army's policy with respect to administrative separation procedures applicable to DEP and DTP members, as well as [2] any intention to discharge any DEP or DTP members in accordance with this policy." Order (ECF No. 23) at 2.

1. The Army's October 26, 2018 policy memorandum (ECF No. 50-1), with regard to MAVNIs who receive unfavorable MSSRs and/or MSSDs, remains in effect and has not been changed or otherwise amended.

2. As of the date of this report, the Army has not initiated any administrative separations pursuant to the October 26, 2018 policy memorandum (ECF No. 50-1). The Army intends to begin initiating the involuntary administrative separation process under the October 26, 2018 policy memorandum for DEP members who received unfavorable MSSDs. *Id*. at ¶ 4.

`      3. Defendants will comply with the Court's October 22, 2019 Order (ECF No. 145) prior to sending any "Phase 2" letters initiating involuntary separations.

Dated: October 28, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JESSIE K. LIU
　　　　　　　　　　　　　　　　　　　　D.C. Bar # 472845
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　DANIEL F. VAN HORN
　　　　　　　　　　　　　　　　　　　　D.C. Bar # 924092
　　　　　　　　　　　　　　　　　　　　Chief, Civil Division


　　　　　　　　　　　　　　　By:　　　/s/*Jeremy A. Haugh*
　　　　　　　　　　　　　　　　　　　　JEREMY A. HAUGH
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　(202) 252-2574
　　　　　　　　　　　　　　　　　　　　Jeremy.Haugh@usdoj.gov


　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*