**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **LUCAS CALIXTO**, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 1:18-cv-01551-ESH |
| **UNITED STATES DEPARTMENT OF THE ARMY**, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF RELATED CASE

Pursuant to Rule 40.5(b)(3) of the Local Rules of the U.S. District Court for the District of Columbia, please take notice of the following related case: *Miriyeva, et al. v. U.S. Citizenship and Immigration Services, et al.*, No. 1:19-cv-03351 (D.D.C.), filed on November 6, 2019.

Dated: November 7, 2019

Respectfully submitted,

  */s/ Jennifer M. Wollenberg*
Jennifer M. Wollenberg (D.C. Bar No. 494895)
Douglas W. Baruch (D.C. Bar No. 414354)
Kayla S. Kaplan (D.C. Bar No. 996635)
Neaha P. Raol (D.C. Bar No. 1005816)
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004-2541
Telephone:  202.739.3000
Facsimile:  202.739.3001
jennifer.wollenberg@morganlewis.com
douglas.baruch@morganlewis.com

*Counsel for Plaintiffs*