IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al*.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al*.,<br><br>*Defendant*s. | Civil Action No.18-1551 (ESH) |

**DEFENDANTS' STATUS REPORT**

In accordance with the Court's August 13, 2018 Order (ECF No. 23), Defendants respectfully submit this status report.  The Court's August 13, 2018 order requires Defendants to provide bi-weekly status reports "with any updates regarding [1] the Army's policy with respect to administrative separation procedures applicable to DEP and DTP members, as well as [2] any intention to discharge any DEP or DTP members in accordance with this policy."  Order (ECF No. 23) at 2.

    1.   The Army's October 26, 2018 policy memorandum (ECF No. 50-1), with regard to MAVNIs who receive unfavorable MSSRs and/or MSSDs, remains in effect and has not been changed or otherwise amended.

    2.   As of the date of this report, the Army has not initiated any administrative separations pursuant to the October 26, 2018 policy memorandum (ECF No. 50-1). The Army intends to begin initiating the involuntary administrative separation process under the October 26, 2018 policy memorandum for DEP members who received unfavorable MSSDs. *Id*. at ¶ 4.

    3.   Defendants will comply with the Court's October 22, 2019 Order (ECF No. 145)

prior to sending any "Phase 2" letters initiating involuntary separations.

Dated:  January 6, 2020						Respectfully submitted,

								JESSIE K. LIU
								D.C. Bar # 472845
								United States Attorney

								DANIEL F. VAN HORN
								D.C. Bar # 924092
								Chief, Civil Division


					By:	/s/ *Jeremy A. Haugh*
								JEREMY A. HAUGH
								Special Assistant United States Attorney
								555 4th Street, N.W.
								Washington, D.C. 20530
								(202) 252-2574
								jeremy.haugh@usdoj.gov


								*Attorneys for Defendants*