**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Kusuma Nio**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 17-cv-0998 (ESH/GMH) |
| | ) |
| United States Department of Homeland Security, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| **Mahlon Kirwa**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 17-cv-1793 (ESH/GMH) |
| | ) |
| United States Department of Defense, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| **Lucas Calixto**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 18-cv-1551 (ESH/GMH) |
| | ) |
| United States Department of the Army, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

As discussed at the status conference held today, the following schedule will govern mediation proceedings in these cases.

**January 17, 2020**  By **12:00 p.m.**, the government shall provide an off-the-record response to Plaintiffs' statement in the joint status report lodged with Chambers on January 8, 2020, of the issues to be arbitrated in *Calixto v. U.S. Dep't of the Army*, 18-cv-1551 (ESH/GMH), in an email to counsel for Plaintiffs, copied to the following email address: Michael_Bacchus@dcd.uscourts.gov.

An off-the-record telephonic status conference will be held at **4:00 p.m.** on January 17, 2020. Chambers will provide counsel with a call-in number.

**February 10, 2020**  The parties shall provide to Chambers *ex parte* pre-mediation statements including the following information:

   (a) the name, title, and contact information of each person who will be participating in the mediation on behalf of that party and designate which individuals will have settlement or negotiating authority;

   (b) a candid assessment of the major legal and factual issues in the case, including the strengths and weaknesses of the claims and/or defenses raised;

   (c) An explanation of whether the exchange of any documents or records prior to mediation would make the mediation session more productive and a description of the nature of any such documents or records;

   (d) the potential monetary exposure and legal basis of any attorney's fees claims;

   (e) a history of previous settlement negotiations, if any;

   (f) the party's ideas on how the case could be resolved at this juncture;

   (g) any impediments to settlement that the party perceives;

   (h) a present settlement proposal; and

   (i) any other information the party believes will be beneficial for the undersigned to know prior to the mediation.

The submissions should be emailed to the undersigned's clerk at the email address listed above, and a hard copy shall be delivered to Chambers.

**February 24, 2020** The first mediation session will begin at **10:00 a.m.** in Courtroom 6 at the E. Barrett Prettyman Courthouse, 333 Constitution Ave., NW, Washington, D.C.

**March 3, 2020** The second mediation session will begin at **10:00 a.m.** in Courtroom 6 at the E. Barrett Prettyman Courthouse, 333 Constitution Ave., NW, Washington, D.C.

**March 5, 2020** The third mediation session will begin at **10:00 a.m.** in Courtroom 6 at the E. Barrett Prettyman Courthouse, 333 Constitution Ave., NW, Washington, D.C.

**SO ORDERED.**

Date: January 13, 2020

                   _____
                   G. MICHAEL HARVEY
                   UNITED STATES MAGISTRATE JUDGE