UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al.*,<br><br>    Defendants. | Civil Action No. 18-1551 (ESH) |

## ORDER

As discussed at the status conference held on January 21, 2020, it is hereby

**ORDERED** that by **February 2, 2020**, plaintiffs' counsel will provide defendants with names and updated contact information for any MAVNIs who have contacted plaintiffs' counsel to inform them that they not have received an MSSR notification that the Army claims it has sent; it is further

**ORDERED** that by **February 11, 2020**, defendants will provide plaintiffs' counsel with the names of any MAVNIs who have been sent an MSSR notification that has been returned to the Army as undeliverable or who did not respond within the thirty-day window.  Defendants will update this list for plaintiffs' counsel every three weeks; it is further

**ORDERED** that by **February 18, 2020**, defendants will provide plaintiffs' counsel and the Court with updated reporting in the same format as ordered by the Court on October 22, 2019 (ECF 145).  At the same time, defendants will also update the Court and the plaintiffs as to whether the number of DEPs discharged for non-MSSD reasons has increased to more than 521 MAVNIs; it is further

**ORDERED** that defendants will supplement the reporting ordered by the Court on October 22, 2019 (ECF 145), so that the notifications to plaintiffs' counsel regarding "Phase 2" letters will include not only the names of MAVNIs whose initial notifications were marked undeliverable or who did not respond, but also those who responded by declining to provide information; and it is further

**ORDERED** that counsel for both parties will next appear before the Court on **March 9, 2020, at 11:30 a.m.** for a joint status conference with counsel in *Nio v. United States Department of Homeland Security*, Docket No. 17-cv-998.



ELLEN S. HUVELLE
United States District Judge

Date: January 21, 2020