# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LUCAS CALIXTO, et al.

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF
THE ARMY, et al.,

*Defendant*s.

Civil Action No.18-1551 (ESH)

## DEFENDANTS' STATUS REPORT

In accordance with the Court's August 13, 2018 Order (ECF No. 23), Defendants respectfully submit this status report.  The Court's August 13, 2018 order requires Defendants to provide bi-weekly status reports "with any updates regarding [1] the Army's policy with respect to administrative separation procedures applicable to DEP and DTP members, as well as [2] any intention to discharge any DEP or DTP members in accordance with this policy."  Order (ECF No. 23) at 2.

1.   The Army's October 26, 2018 policy memorandum (ECF No. 50-1), with regard to MAVNIs who receive unfavorable MSSRs and/or MSSDs, remains in effect and has not been changed or otherwise amended.

2.   As of the date of this report, the Army has not initiated any administrative separations pursuant to the October 26, 2018 policy memorandum (ECF No. 50-1). The Army intends to begin initiating the involuntary administrative separation process under the October 26, 2018 policy memorandum for DEP members who received unfavorable MSSDs. *Id*. at ¶ 4.

3.   Defendants will comply with the Court's October 22, 2019 Order (ECF No. 145) and

the Court's January 21, 2020 Order (ECF No. 155) prior to sending any "Phase 2" letters initiating involuntary separations.

4.   Although not responsive to the reporting requirements from the Court's August 13, 2018 Order, Defendants provide the following information to update the Court on various issues in this case.  These numbers were previously reported to the Court at today's hearing.

a.   On January 16, 2020, in accordance with Department of Defense policy, the Assistant Secretary of the Army for Manpower and Reserve Affairs ("ASA M&RA") issued a favorable Military Service Suitability Determination ("MSSD") for named plaintiff Lucas Calixto.  In light of the original adverse Military Service Suitability Recommendation ("MSSR") by the Department of Defense's Central Adjudication Facility ("DODCAF"), Plaintiff Calixto's favorable MSSD, with the mitigating matters he provided consistent with the Army's October 26, 2018, policy, has been forwarded to the DODCAF for final adjudication and issuance of a final National Security Determination ("NSD").

b.   As of January 16, 2020, the Army has issued 932 adverse MSSR notices. Approximately 606 were issued to DTPs and approximately 326 were issued to DEPs.  The Army has received 286 responses.

c.   As of January 16, 2020, the Army has issued 41 MSSDs in accordance with the October 26, 2018 policy: 6 favorable MSSDs, of those DODCAF has already issued 2 favorable final NSDs; and 35 unfavorable MSSDs.

d.   On November 19, 2019, the U.S. Army Reserve forwarded letters offering reinstatement to 18 discharged DTP MAVNIs.  The letter provided notice that

the individual had 30 days from receipt to submit a response. Of the 18 offers, the Army received delivery confirmations for 14, while the remaining 4 were returned as undeliverable.  As of January 10, 2020, of the 14 offers with confirmed delivery, the Army has received responses from 3 individuals: 2 declined reinstatement and 1 accepted reinstatement.  The Army has received no response from the remaining 11 individuals. Individuals who have failed to respond will be processed as having declined the offer of reinstatement.

Dated:  January 21, 2020                    Respectfully submitted,

                                            JESSIE K. LIU
                                            D.C. Bar # 472845
                                            United States Attorney

                                            DANIEL F. VAN HORN
                                            D.C. Bar # 924092
                                            Chief, Civil Division


                            By:     /s/ *Jeremy A. Haugh*
                                    JEREMY A. HAUGH
                                    Special Assistant United States Attorney
                                    555 4th Street, N.W.
                                    Washington, D.C. 20530
                                    (202) 252-2574
                                    jeremy.haugh@usdoj.gov


                                    *Attorneys for Defendants*

3