UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LUCAS CALIXTO, et al.

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF
THE ARMY, et al.,

*Defendant*s.

Civil Action No.18-1551 (ESH)

**DEFENDANTS' STATUS REPORT**

In accordance with the Court's Order entered on August 13, 2018 (ECF No. 23)
Defendants respectfully submit this status report.  The Court's August 13, 2018 order requires
Defendants to provide bi-weekly status reports "with any updates regarding [1] the Army's
policy with respect to administrative separation procedures applicable to DEP and DTP
members, as well as [2] any intention to discharge any DEP or DTP members in accordance with
this policy."  Order (ECF No. 23) at 2.

1.   The Army's October 26, 2018 policy memorandum (ECF No. 50-1), with regard to
MAVNIs who receive unfavorable MSSRs and/or MSSDs, remains in effect and has not been
changed or otherwise amended.

2.   As of the date of this report, the Army has not initiated any administrative separations
pursuant to the October 26, 2018 policy memorandum (ECF No. 50-1).  The Army intends to
begin initiating the involuntary administrative separation process under the October 26, 2018
policy memorandum for DEP members who received unfavorable MSSDs.  *Id.* at ¶ 4.

3.   Defendants will comply with the Court's October 22, 2019 Order (ECF No. 145) and

the Court's January 21, 2020 Order (ECF No. 155) prior to sending any "Phase 2" letters

initiating involuntary separations.

Dated:  February 18, 2020           Respectfully submitted,

                                       ALESSIO EVANGELISTA
                                       Attorney for the United States
                                       Acting under Authority Conferred by 28 U.S.C. § 515

                                       DANIEL F. VAN HORN
                                       D.C. Bar # 924092
                                       Chief, Civil Division

                      By:     *Jeremy A. Haugh*
                                       JEREMY A. HAUGH
                                       Special Assistant United States Attorney
                                       555 4th Street, N.W.
                                       Washington, D.C. 20530
                                       (202) 252-2574
                                       jeremy.haugh@usdoj.gov

                                       *Attorneys for Defendants*