UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE ARMY, *et al.*, <br><br> Defendants. | Civil Action No. 18-1551 (ESH) |

# ORDER

As discussed at today's status conference, March 9, 2020, it is hereby

**ORDERED** that by **March 23, 2020**, the government will provide plaintiffs with the following information:

(1) Names of the approximately 608 DTPs and DEPs whose MSSR notification letters sent pursuant to the October 26, 2018 memo, were either not responded to or returned as undeliverable, broken down into DTP/DEP and no response/undeliverable; and

(2) Names of any MAVNIs who have received negative MSSDs, *i.e.*, who were a part of the group of 35 discussed at the hearing; it is further

**ORDERED** that by **March 30, 2020,** plaintiffs' counsel will provide defendants with information about MAVNIs whose MSSR notifications have either been marked as undeliverable or who have not responded, specifically whether any have attempted to update their contact information with the Army or if plaintiffs have information on how best to reach them; it is further

**ORDERED** that by **March 23, 2020,** the government will provide plaintiffs' counsel

with the names of the 13 individuals (of the group of 18 DTPs who received both USAREC and USARC discharge orders) who received an offer of reinstatement for purposes of receiving process that was either marked as "return to sender" or for which the Army has received no response. The Army will also explain how the government is confirming delivery for those individuals it says have received a letter but have not responded; it is further

      **ORDERED** that the government's next status report shall be filed on **March 23, 2020**, and that both the government's regular reporting requirements (the biweekly and tri-weekly status reports) will begin operating on a tri-weekly basis starting on that day; and it is further

      **ORDERED** that counsel for both parties will next appear before the Court on **May 18, 2020, at 2:00 p.m.** for a joint status conference with counsel in *Nio v. United States Department of Homeland Security*, Docket No. 17-cv-998.



ELLEN S. HUVELLE
United States District Judge

Date: March 9, 2020