UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, et al.,<br><br>*Defendant*s. | Civil Action No.18-1551 (ESH) |

# **DEFENDANTS' STATUS REPORT**

In accordance with the Court's Order entered on April 22, 2020 (ECF No. 165) Defendants respectfully submit this status report.

1. The Court's August 13, 2018 order requires Defendants to provide biweekly status reports "with any updates regarding [1] the Army's policy with respect to administrative separation procedures applicable to DEP and DTP members, as well as [2] any intention to discharge any DEP or DTP members in accordance with this policy."  Order (ECF No. 23) at 2.

2. The Army's October 26, 2018 policy memorandum (ECF No. 50-1), with regard to MAVNIs who receive unfavorable MSSRs and/or MSSDs, remains in effect and has not been changed or otherwise amended.

3. As of the date of this report, the Army has not initiated any administrative separations pursuant to the October 26, 2018 policy memorandum (ECF No. 50-1).  The Army intends to begin initiating the involuntary administrative separation process under the October 26, 2018 policy memorandum for DEP members who received unfavorable MSSDs.  *Id*. at  ¶ 4.

4. Defendants will comply with the Court's October 22, 2019 Order (ECF No. 145)

and the Court's January 21, 2020 Order (ECF No. 155) prior to sending any "Phase 2" letters initiating involuntary separations.

5. On January 21, 2020, the Court ordered Defendants to "provide Plaintiffs' counsel with the names of any MAVNIs who have been sent an MSSR notification that has been returned as undeliverable or who did not respond within the thirty-day window" and to "update this list for plaintiffs' counsel every three weeks." ECF No. 155. Defendants have provided Plaintiffs an updated report of undeliverable letters and MAVNIs who did not respond within the thirty-day window.

6. On March 9, 2020, the Court ordered the government's regular reporting requirements (the biweekly and triweekly status reports) to begin operating on a tri-weekly basis on March 23, 2020. ECF No. 162. On April 22, 2020, the Court vacated the portion of the March 9, 2020 Order, ECF No. 162, in so much as it required a tri-weekly status report to be filed by May 5, 2020 and ordered the next report to be filed by May 27, 2020. ECF No. 165.

7. As noted in Defendants' last status report dated April 14, 2020 (ECF No. 164), in coordination with the United States Government and Department of Defense response to the COVID-19 Pandemic, the Office of the Secretary of Defense, Headquarters, Department of the Army, and U.S. Army Reserve Command have mandated the maximization of telework. As such, current work focused on processing the MAVNI population has either been significantly reduced or suspended due to limited remote capabilities. Additionally, U.S. Army Reserve has cancelled, suspended, or postponed scheduled unit battle assemblies. Finally, U.S. Army Recruiting Command has reduced, by half, shipments to initial training and is in the process of renegotiating enlistment contracts. USAREC has also limited all personal interactions with

applicants; only allowing applicants to proceed to recruiting stations when they are scheduled to ship to basic training.

Dated:  May 27, 2020	Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
D.C. Bar # 924092
Chief, Civil Division

By:	*Jeremy A. Haugh*
JEREMY A. HAUGH
Special Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2574
jeremy.haugh@usdoj.gov


*Attorneys for Defendants*