UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al.*,<br><br>            Defendants. | Civil Action No. 18-1551 (ESH) |

## ORDER

As discussed on the video- and tele-conference that took place today, June 8, 2020, it is hereby:

**ORDERED** that by June 10, 2020, defendant shall file updated information regarding the current named plaintiffs (whether the named plaintiffs have been reinstated, the status of their naturalization applications, if applicable, etc.); it is further

**ORDERED** that by June 10, 2020, defendant shall provide plaintiffs' counsel with information regarding the breakdown of the 50 individuals whose names were sent to plaintiffs' counsel because they will be receiving "Phase 2" letters due to their negative MSSDs. The information provided to plaintiffs shall include any information regarding whether these individuals did or did not respond to their initial MSSR notification letters, or whether letters sent to them were deemed undeliverable; it is further

**ORDERED** that by June 22, 2020, plaintiffs shall provide to defendant any updated contact information for any of these 50 individuals who are scheduled to receive "Phase 2" letters; it is further

**ORDERED** that defendant's previously bi-weekly, now tri-weekly, status report requirement (as required by Court Order in ECF Nos. 23, 162) is **VACATED**.  Defendant shall file one additional status report, in the same format as previously required, on July 27, 2020; and it is further

**ORDERED** that counsel for both parties shall next appear before the Court at a status conference on **Wednesday, August 5, at 2:00 p.m.**



ELLEN S. HUVELLE
United States District Judge

Date: June 8, 2020