UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LUCAS CALIXTO,** *et al.*, <br><br>           Plaintiffs, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF THE ARMY,** *et al.*, <br><br>           Defendants. | Civil Action No. 18-1551 (ESH) |

## ORDER

As discussed on the video- and tele-conference that took place today, July 29, 2020, it is hereby:

**ORDERED** that by **September 8, 2020**, plaintiffs shall file an amended complaint, either with defendants' consent or accompanied by a motion pursuant to Federal Rule of Civil Procedure 15(a)(2).



ELLEN S. HUVELLE
United States District Judge

Date: July 29, 2020