UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Case No. 1:18-cv-01551-ESH <br> ) |
| UNITED STATES DEPARTMENT OF THE ARMY, *et al.*, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiffs, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), respectfully request that their time for submitting an amended complaint, accompanied by motion pursuant to Federal Rule of Civil Procedure 15(a)(2), if necessary, be extended to September 22, 2020. The filing currently is due by September 8, 2020. Dkt. 170.

On September 3, 2020, Defendants informed Plaintiffs that "[t]he Defendants do not oppose the Plaintiffs' request for a two-week extension to file the amended complaint."

Plaintiffs submit that good cause exists for this extension for the following reasons: (i) Defendants entered a Notice of Substitution of Counsel (Dkt. 172) on September 1, 2020, and counsel for Plaintiffs were first able to confer with new counsel for Defendants regarding whether a motion for leave to file an amended complaint would be necessary on September 3, 2020; (ii) as of this filing, Defendants are considering whether they will consent to the filing of an amended complaint, so it is unclear at this point whether Plaintiffs will need to file a motion for leave with the amended complaint; and (iii) as of this filing, Defendants are considering whether to participate in additional conferences between the parties during the two-week extension period in an attempt

1

to narrow the issues for amendment, making it unclear to Plaintiffs whether all of the current allegations and potential plaintiffs need to be included in the amendment.

Further, because of the uncertainty that remains at this point, a number of potential plaintiffs (approximately fifteen to twenty-five individuals) need additional time following receipt of Defendants' position(s) to consider if it is in their individual best interests to join the lawsuit against Army at this time. Several of these potential plaintiffs have immigration counsel who they wish to consult with after learning of Defendants' position(s) with respect to amendment consent and whether the parties are able to narrow any of the issues.

Plaintiffs respectfully request that the Court grant this Unopposed Motion.

Dated:  September 3, 2020

/s/ Jennifer M. Wollenberg

Jennifer M. Wollenberg (D.C. Bar No. 494895)
Douglas W. Baruch (D.C. Bar No. 414354)
Kayla S. Kaplan (D.C. Bar No. 996635)
Neaha P. Raol (D.C. Bar No. 1005816)
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004-2541
T:  202.739.3000
jennifer.wollenberg@morganlewis.com
douglas.baruch@morganlewis.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:18-cv-01551-ESH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Unopposed Motion for Extension of Time filed on September 3, 2020, it is hereby

**ORDERED** that Plaintiffs shall file an amended complaint, either with Defendants' consent or accompanied by a motion pursuant to Federal Rule of Civil Procedure 15(a)(2), on or before **September 22, 2020**.


Dated: _____                    _____

U.S.D.J. Ellen Segal Huvelle

1