Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LUCAS CALIXTO

    Plaintiff

  vs.

UNITED STATES DEPARTMENT OF
THE ARMY, ET AL

    Defendant

Civil No.   18-1551   (PLF)

Category   D

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  9/23/2020  from  Judge Ellen Segal Huvelle

to  Judge Paul L. Friedman  by direction of the Calendar Committee.

(Case Transferred by Consent)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Ellen Segal Huvelle  & Courtroom Deputy
Judge Paul L. Friedman  & Courtroom Deputy
Liaison, Calendar and Case Management Committee