UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Case No. 1:18-cv-01551-PLF <br> ) |
| UNITED STATES DEPARTMENT OF THE ARMY, *et al.*, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiffs and Defendants, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), respectfully request that Plaintiffs' time for submitting an amended complaint, accompanied by motion pursuant to Federal Rule of Civil Procedure 15(a)(2), if necessary, be extended to November 25, 2020. The filing currently is due by November 4, 2020.

The parties submit that good cause exists for this extension for the same reasons articulated in the prior extension requests that were granted by Minute Orders on September 4, September 18, and October 9, 2020.[1] In short, since September 1, 2020, the parties – including agency representatives – actively have been engaged in discussions concerning the claims in this case, including regular exchanges of information by email and phone conversations. The parties feel

---

[1] Those orders extended the deadline from September 8 to September 22, from September 22 to October 13, and from October 13 to November 4. For the first extension, an extension motion was filed on September 3, 2020 and can be found at docket entry 173. For the second extension, the previously-assigned judge, Judge Huvelle, entered the Minute Order following a telephone conference with the parties' counsel. For the third extension, an extension motion was filed on October 9, 2020 and can be found at docket entry 176.

1

that their discussions remain productive and will result in, at a minimum, a valuable clarification of the issues and positions prior to amendment and could result in a narrowing of those issues.

The request for a three-week extension is based on Defendants' estimation that by November 18, 2020, they can (a) gather and share information on Defendants' position concerning the issues that remain for party discussion, and (b) if complaint amendment remains necessary, inform Plaintiffs of Defendants' position on consent for amendment.  Further, Plaintiffs estimate that one week will be adequate to (a) share that information with the Plaintiffs and potential plaintiffs, (b) provide each individual the opportunity to consult with individual counsel including immigration counsel, and (c) finalize the complaint amendment (if proceeding with the matter remains necessary).

In order to facilitate those continuing discussions and amendments to the complaint (if necessary), the parties respectfully request that the Court grant this Joint Motion.

Dated:  October 30, 2020                    */s/ Jennifer M. Wollenberg*

Jennifer M. Wollenberg (D.C. Bar No. 494895)
Douglas W. Baruch (D.C. Bar No. 414354)
Kayla S. Kaplan (D.C. Bar No. 996635)
Neaha P. Raol (D.C. Bar No. 1005816)
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004-2541
T:  202.739.3000
jennifer.wollenberg@morganlewis.com
douglas.baruch@morganlewis.com

*Counsel for Plaintiffs*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

*/s/ Sean P. Mahard*

SEAN P. MAHARD, CT Bar # 436524
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2574
sean.mahard@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE ARMY, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:18-cv-01551-PLF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER**

Having considered the Joint Motion for Extension of Time filed on October 30, 2020, it is hereby

**ORDERED** that Plaintiffs shall file an amended complaint, either with Defendants' consent or accompanied by a motion pursuant to Federal Rule of Civil Procedure 15(a)(2), on or before **November 25, 2020**.

Dated: _____          _____
                                                        U.S.D.J. Paul L. Friedman

1