UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LUCAS CALIXTO, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> THE ARMY, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 1:18-cv-01551-PLF |

## ORDER

Having considered the Joint Motion for Extension of Time filed on October 30, 2020, it is hereby

**ORDERED** that Plaintiffs shall file an amended complaint, either with Defendants' consent or accompanied by a motion pursuant to Federal Rule of Civil Procedure 15(a)(2), on or before **November 25, 2020**.

Dated: November 2, 2020

/s/
U.S.D.J. Paul L. Friedman

1