UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE ARMY, *et al.*, <br><br> *Defendants.* | Civil Action No. 18-01551 (PLF) |

**DEFENDANTS' MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO PLAINTIFFS' MOTION
FOR LEAVE TO FILE THE THIRD AMENDED COMPLAINT**

Defendants, by and through undersigned counsel, respectfully move this Court for an extension of time to file a response to Plaintiffs' motion to amend their complaint, ECF No. 179, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure. On November 25, 2020, Plaintiffs filed their motion for leave to file the third amended complaint, which included Plaintiffs' proposed eighty-six page complaint as an exhibit. ECF Nos. 179, 179-1. Pursuant to Local Civil Rule ("Local Rule") 7(b), Defendants' response to Plaintiffs' motion is currently due on December 9, 2020. Defendants respectfully seek an enlargement of time of 30 days, up to, and including, January 8, 2021. As discussed below, good cause exists for granting this motion.

In accordance with Local Rule 7(m), the parties met and conferred, and "Plaintiffs do not oppose an extension request to January 8 as long as the request includes that Plaintiffs have two weeks to file the reply to any opposition." Defendants agree: if Defendants oppose Plaintiffs' motion, then Plaintiffs' reply in support of its motion should be due on January 22, 2021.

On November 25, 2020, Plaintiffs filed their motion for leave to file the third amended complaint, which included Plaintiffs' proposed eighty-six page complaint as an exhibit. ECF Nos. 179, 179-1. The parties met and conferred regarding Plaintiffs' amended complaint, and, as Plaintiffs acknowledge in their motion, "Plaintiffs were not in a position to provide Defendants with the proposed Third Amended Complaint in advance of filing." ECF No. 179, at 1 n.1.

On July 29, 2020, the Court ordered Plaintiffs to file an amended complaint by September 8, 2020. ECF No. 170.

- On September 3, 2020, Plaintiffs filed an unopposed motion for an extension of time to file the amended complaint. ECF No. 173. On September 4, 2020, the Court granted the motion in a minute order and ordered Plaintiffs to file the amended complaint on or before September 22, 2020.

- On September 18, 2020, the Court "ordered that the deadline for Plaintiffs to file an amended complaint, either with Defendants' consent or accompanied by a motion pursuant to Federal Rule of Civil Procedure 15(a)(2), is extended from September 22, 2020, until October 13, 2020." ECF No. 174.

- On October 9, 2020, the parties filed a joint motion for an extension of time, requesting Plaintiffs file the amended complaint by November 4, 2020. ECF No. 176. The Court granted the motion in a minute order on the same day.

- Finally, on October 30, 2020, the parties filed a joint motion for an extension of time to file the amended complaint up to and including November 25, 2020 (ECF No. 177), which the Court granted on November 2, 2020 (ECF No. 178).

Defendants require additional time to review the third amended complaint and assess Plaintiffs' allegations. Based on the scope and breadth of the claims, Defendants need time to

confer with the client agency and determine how best to respond.  Moreover, undersigned counsel is responsible for numerous other filings over the next two months, including appellate briefs and several dispositive motions.

In sum, Defendants respectfully request an extension to respond to Plaintiffs' motion for leave to file the third amended complaint from December 9, 2020, up to, and including, January 8, 2021.

A proposed order accompanies this motion.

Dated:  December 8, 2020                    Respectfully submitted,

                                            MICHAEL R. SHERWIN
                                            Acting United States Attorney

                                            DANIEL F. VAN HORN, D.C. Bar No. 924092
                                            Chief, Civil Division

                                            BY: */s/ Sean P. Mahard*
                                            SEAN P. MAHARD, CT Bar No. 436524
                                            Special Assistant United States Attorney
                                            United States Attorney's Office
                                            Civil Division
                                            555 Fourth Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 252-2574
                                            sean.mahard@usdoj.gov

                                            *Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE ARMY, *et al.*, <br><br> *Defendants*. | Civil Action No. 18-01551 (PLF) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' request for an extension of time, Plaintiffs' response, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Defendants shall file any opposition to Plaintiffs' Motion for Leave to File Third Amended Complaint by January 8, 2021, and Plaintiffs shall file any reply by January 22, 2021.

SO ORDERED.

_____     _____
Date                                                                PAUL L. FRIEDMAN
                                                                         United States District Judge