UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LUCAS CALIXTO, *et al.*,

      *Plaintiff*,

v.

UNITED STATES DEPARTMENT OF
THE ARMY, *et al.*,

      *Defendants*.

Civil Action No. 18-01551 (PLF)

### [ORDER

UPON CONSIDERATION of Defendants' request for an extension of time, Plaintiffs' response, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Defendants shall file any opposition to Plaintiffs' Motion for Leave to File Third Amended Complaint by January 8, 2021, and Plaintiffs shall file any reply by January 22, 2021.

SO ORDERED.

_____  
Date:  December 9, 2020

_____/s/_____  
PAUL L. FRIEDMAN  
United States District Judge