IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-01551-PLF |

**MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF JOHN M. VASSOS AS ADDITIONAL COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission, *pro hac vice*, of John M. Vassos, an attorney with the law firm of Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178-0060, and a member of the Bar of the State of New York, as additional counsel for Plaintiffs in this case. Mr. Vassos's declaration is filed herewith.

Dated: December 10, 2020

Respectfully submitted,

/s/ *Jennifer M. Wollenberg*
Jennifer M. Wollenberg (DC Bar No. 494895)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel: 202.739.5313
Fax: 202.739.3001
jennifer.wollenberg@morganlewis.com

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-01551-PLF |

### DECLARATION OF JOHN M. VASSOS

Pursuant to Local Civil Rule 83.2(d), I, John M. Vassos, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is John M. Vassos.

2. I am a partner of the law firm Morgan, Lewis & Bockius LLP. My office is located at 101 Park Avenue, 44th Floor, New York, NY 10178-0060. My office telephone number is (212) 309-6000.

3. I certify that I am now a member in good standing of the following State and Federal bars:

      a.      Bar of the State of New York (May 7, 1986);

      b.      U.S. District Court for the Southern District of New York (June 9, 1987);

      c.      U.S. District Court for the Eastern District of New York (June 9, 1987);

      d.      U.S. Court of Appeals for the Fourth Circuit (May 12, 1993);

      e.      U.S. Court of Appeals for the Eleventh Circuit (May 12, 2005); and

      f.      U.S. Court of Appeals for the Second Circuit (April 21, 2016).

4. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed on December 10, 2020.

                                                  Respectfully submitted,

                                                  /s/ *John M. Vassos*
                                                  John M. Vassos
                                                  Morgan, Lewis & Bockius LLP
                                                  101 Park Avenue, 44th Floor
                                                  New York, NY 10178-0060
                                                  (212) 309-6000
                                                  john.vassos@morganlewis.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-01551-PLF |

**[Proposed] ORDER**

Upon consideration of the motion to admit John M. Vassos to appear in this action, *pro hac vice*, it is hereby ORDERED that the motion is granted.

Dated:

_____
PAUL L. FRIEDMAN
United States District Judge