IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>　　　　　Plaintiffs,<br>　　　　　v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01551-PLF |

### MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF BERNARD J. GARBUTT III AS ADDITIONAL COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission, *pro hac vice*, of Bernard J. Garbutt III, an attorney with the law firm of Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178-0060, and a member of the Bar of the States of Connecticut and New York and the District of Columbia, as additional counsel for Plaintiffs in this case. Mr. Garbutt's declaration is filed herewith.

Dated: December 10, 2020　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Jennifer M. Wollenberg*
　　　　　　　　　　　　　　　　　　　　Jennifer M. Wollenberg (DC Bar No. 494895)
　　　　　　　　　　　　　　　　　　　　Morgan, Lewis & Bockius LLP
　　　　　　　　　　　　　　　　　　　　1111 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20004-2541
　　　　　　　　　　　　　　　　　　　　Tel: 202.739.5313
　　　　　　　　　　　　　　　　　　　　Fax: 202.739.3001
　　　　　　　　　　　　　　　　　　　　jennifer.wollenberg@morganlewis.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>    Plaintiffs,<br>    v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-01551-PLF |

## **DECLARATION OF BERNARD J. GARBUTT III**

Pursuant to Local Civil Rule 83.2(d), I, Bernard J. Garbutt III, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Bernard J. Garbutt III.

2. I am a partner of the law firm Morgan, Lewis & Bockius LLP. My office is located at 101 Park Avenue, New York, NY 10178-0060. My office telephone number is (212) 309-6000, and my cellphone number is (917) 282-0184.

3. I certify that I am now a member in good standing of the following State and Federal bars:

  a. Bar of the State of Connecticut (December 7, 1990);

  b. Bar of the State of New York (April 15, 1991);

  c. U.S. District Court, Eastern District of New York (June 11,1991);

  d. U.S. District Court, Southern District of New York (June 11, 1991);

  e. District of Columbia (February 1, 1993, *inactive*);

  f. U.S. Court of Appeals – Second Circuit (July 20, 1995);

      g.      United States Supreme Court (March 3, 1997);

      h.      U.S. District Court, Northern District of New York (September 5, 2000);

      i.      U.S. District Court, Western District of New York (January 25, 2008);

      j.      U.S. Court of Appeals – Third Circuit (May 9, 2013);

      k.      U.S. Court of Appeals – Ninth Circuit (August 9, 2013); and

      l.      U.S. Court of Appeals – Eleventh Circuit (August 11, 2014).

4.      I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.      I have not previously been admitted *pro hac vice* in this Court.

6.      I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed on December 10, 2020.

                                                Respectfully submitted,

                                                /s/ *Bernard J. Garbutt III*
                                                Bernard J. Garbutt III
                                                Morgan, Lewis & Bockius LLP
                                                101 Park Avenue, 44th Floor
                                                New York, NY 10178-0060
                                                (212) 309-6000
                                                bernard.garbutt@morganlewis.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-01551-PLF |

**[Proposed] ORDER**

Upon consideration of the motion to admit Bernard J. Garbutt III to appear in this action, *pro hac vice*, it is hereby ORDERED that the motion is granted.

Dated: _____

_____
PAUL L. FRIEDMAN
United States District Judge