IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-01551-PLF |

**MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF TAYLOR C. DAY AS ADDITIONAL COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission, *pro hac vice*, of Taylor C. Day, an attorney with the law firm of Morgan, Lewis & Bockius LLP, 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132, and a member of the Bar of the State of California, as additional counsel for Plaintiffs in this case. Mr. Day's declaration is filed herewith.

Dated: December 10, 2020

Respectfully submitted,

/s/ *Jennifer M. Wollenberg*
Jennifer M. Wollenberg (DC Bar No. 494895)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel: 202.739.5313
Fax: 202.739.3001
jennifer.wollenberg@morganlewis.com

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>    Plaintiffs,<br>    v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-01551-PLF |

## DECLARATION OF TAYLOR C. DAY

  Pursuant to Local Civil Rule 83.2(d), I, Taylor C. Day, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

  1.  My full name is Taylor C. Day.

  2.  I am an attorney with the law firm Morgan, Lewis & Bockius LLP.  My office is located at 300 South Grand Avenue, 22nd Floor, Los Angeles, CA 90071-3132.  My office telephone number is (213) 612-2500.

  3.  I certify that I am now a member in good standing of the following State and Federal bars:

    a.  Bar of the State of California (December 29, 2009);

    b.  U.S. District Court, Central District of California (July 29, 2010);

    c.  U.S. District Court, Eastern District of California (July 29, 2010);

    d.  U.S. District Court, Southern District of California (July 29, 2010);

    e.  U.S. District Court, Northern District of California (August 11, 2010); and

    f.  U.S. Court of Appeals for the Ninth Circuit (August 27, 2010).

4. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed on December 10, 2020.

Respectfully submitted,

/s/ *Taylor C. Day*
Taylor C. Day
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
(213) 612-2500
taylor.day@morganlewis.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-01551-PLF |

**[Proposed] ORDER**

Upon consideration of the motion to admit Taylor C. Day to appear in this action, *pro hac vice*, it is hereby ORDERED that the motion is granted.

Dated: _____

_____
PAUL L. FRIEDMAN
United States District Judge