IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>            Plaintiffs,<br>       v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al.*,<br><br>            Defendants. | Case No. 1:18-cv-01551-PLF |

**MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF MEGAN A. SUEHIRO AS ADDITIONAL COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission, *pro hac vice*, of Megan A. Suehiro, an attorney with the law firm of Morgan, Lewis & Bockius LLP, 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132, and a member of the Bar of the States of California and Hawaii, as additional counsel for Plaintiffs in this case.  Ms. Suehiro's declaration is filed herewith.

Dated: December 10, 2020

Respectfully submitted,

/s/ *Jennifer M. Wollenberg*
Jennifer M. Wollenberg (DC Bar No. 494895)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel: 202.739.5313
Fax: 202.739.3001
jennifer.wollenberg@morganlewis.com

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-01551-PLF |

## **DECLARATION OF MEGAN A. SUEHIRO**

Pursuant to Local Civil Rule 83.2(d), I, Megan A. Suehiro, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Megan Akemi Suehiro.

2. I am an attorney with the law firm Morgan, Lewis & Bockius LLP. My office is located at 300 South Grand Avenue, 22nd Floor, Los Angeles, CA 90071-3132. My office telephone number is (213) 612-2500.

3. I certify that I am now a member in good standing of the following State and Federal bars:

      a.      Bar of the State of Hawaii (November 4, 2011);

      b.      U.S. District Court, District of Hawaii (November 4, 2011);

      c.      U.S. Court of Appeals for the Ninth Circuit (May 21, 2014);

      d.      Bar of the State of California (August 23, 2017);

      e.      U.S. District Court, Northern District of California (February 1, 2018);

      f.      U.S. District Court, Central District of California (February 7, 2018);

    g.  U.S. District Court, District of Arizona (October 6, 2020); and

    h.  U.S. District Court, Southern District of California (October 7, 2020).

  4.  I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

  5.  I have not previously been admitted *pro hac vice* in this Court.

  6.  I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed on December 10, 2020.

                Respectfully submitted,

                /s/ *Megan A. Suehiro*
                Megan A. Suehiro
                Morgan, Lewis & Bockius LLP
                300 South Grand Avenue, 22nd Floor
                Los Angeles, CA 90071-3132
                (213) 612-2500
                megan.suehiro@morganlewis.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al.*,<br><br>　　　　Defendants. | Case No. 1:18-cv-01551-PLF |

**[Proposed] ORDER**

Upon consideration of the motion to admit Megan A. Suehiro to appear in this action, *pro hac vice*, it is hereby ORDERED that the motion is granted.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　PAUL L. FRIEDMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge