IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LUCAS CALIXTO, *et al*.,

               Plaintiffs,

               v.

UNITED STATES DEPARTMENT OF THE
ARMY, *et al.*,

               Defendants.

Case No. 1:18-cv-01551-PLF

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to the Minute Order Granting Motion for Admission Pro Hac Vice entered on December 11, 2020, the clerk of court will please enter the appearance of John M. Vassos of the law firm Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178-0060, as counsel for Plaintiffs in the above-captioned action.

Dated: December 15, 2020

Respectfully submitted,

/s/ *John M. Vassos*

John M. Vassos (*pro hac vice*)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
john.vassos@morganlewis.com

*Counsel for Plaintiffs*