IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al*., | Case No. 1:18-cv-01551-PLF |
| Plaintiffs, v. | |
| UNITED STATES DEPARTMENT OF THE ARMY, *et al.*, | |
| Defendants. | |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to the Minute Order Granting Motion for Admission Pro Hac Vice entered on December 14, 2020, the clerk of court will please enter the appearance of Bernard J. Garbutt III of the law firm Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178-0060, as counsel for Plaintiffs in the above-captioned action.

Dated: December 16, 2020

Respectfully submitted,

/s/ *Bernard J. Garbutt III*
Bernard J. Garbutt III (*pro hac vice*)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
bernard.garbutt@morganlewis.com

*Counsel for Plaintiffs*