IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>　　　　Plaintiffs,<br>　　　v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al.*,<br><br>　　　　Defendants. | Case No. 1:18-cv-01551-PLF |

### NOTICE OF ENTRY OF APPEARANCE

Pursuant to the Minute Order Granting Motion for Admission Pro Hac Vice entered on December 11, 2020, the clerk of court will please enter the appearance of Taylor C. Day of the law firm Morgan, Lewis & Bockius LLP, 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132, as counsel for Plaintiffs in the above-captioned action.

Dated: December 16, 2020                                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Taylor C. Day*
　　　　　　　　　　　　　　　　　　　　　　　　Taylor C. Day (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　Morgan, Lewis & Bockius LLP
　　　　　　　　　　　　　　　　　　　　　　　　300 South Grand Avenue, Twenty-Second Floor
　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071-3132
　　　　　　　　　　　　　　　　　　　　　　　　Tel: 213.612.2500
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 213.612.2501
　　　　　　　　　　　　　　　　　　　　　　　　taylor.day@morganlewis.com

　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*