IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et al.*,<br><br>            Plaintiffs,<br>     v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al.*,<br><br>            Defendants. | Case No. 1:18-cv-01551-PLF |

**NOTICE OF ENTRY OF APPEARANCE**

Pursuant to the Minute Order Granting Motion for Admission Pro Hac Vice entered on December 11, 2020, the clerk of court will please enter the appearance of Megan A. Suehiro of the law firm Morgan, Lewis & Bockius LLP, 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132, as counsel for Plaintiffs in the above-captioned action.

Dated: December 16, 2020                    Respectfully submitted,

/s/ *Megan A. Suehiro*
Megan A. Suehiro (*pro hac vice*)
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
megan.suehiro@morganlewis.com

*Counsel for Plaintiffs*