IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CALIXTO, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE
ARMY, *et al.*,

Defendants.

**Civil Action No. 18-01551-PLF**

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF
PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Plaintiffs, by and through undersigned counsel and pursuant to Federal Rule of Civil
Procedure 6(b)(1)(A), respectfully move this Court for an extension of time to file their reply brief
in support of Plaintiffs' Motion for Leave to File Third Amended Complaint ("Motion"). Plaintiffs
respectfully seek an extension of seven (7) additional days to file their reply brief, making it due
on or before January 29, 2021. On January 12, 2021, Defendants represented that they consent to
this request.

Plaintiffs provide the following grounds for this request:

1.      Plaintiffs filed their Motion on November 25, 2020. Dkt. 179.

2.      On January 8, 2021, Defendants filed an opposition brief. Dkt. 190.

3.      Pursuant to this Court's December 9, 2020 Order, Plaintiffs' reply brief currently
is due January 22, 2021. Dkt. 181.

4.      Plaintiffs require additional time to review and respond to Defendants' arguments.

5.      On January 12, 2021, Defendants consented to Plaintiff's extension request.

1

6.      The Court's granting of this extension should not have any impact on any other previously scheduled deadlines in this matter.

Plaintiffs respectfully request that the Court grant this Motion, making Plaintiffs' reply brief due on or before January 29, 2021.

Dated: January 14, 2021    Respectfully submitted,

             */s/ Jennifer M. Wollenberg*
             Jennifer M. Wollenberg (D.C. Bar No. 494895)
             Douglas W. Baruch (D.C. Bar No. 414354)
             John M. Vassos (admitted pro hac vice)
             Bernard J. Garbutt, III (admitted pro hac vice)
             Megan A. Suehiro (admitted pro hac vice)
             Taylor C. Day (admitted pro hac vice)
             Morgan, Lewis & Bockius LLP
             1111 Pennsylvania Avenue, NW
             Washington, D.C. 20004-2541
             Tel: 202.739.5313
             Fax: 202.739.3001
             Email: jennifer.wollenberg@morganlewis.com
             Email: douglas.baruch@morganlewis.com

             *Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY *et al.*,<br><br>Defendants. | **Civil Action No. 18-01551-PLF** |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' January 14, 2021 Consent Motion for Extension

of Time To File Reply in Support of Plaintiffs' Motion for Leave to File Third Amended

Complaint, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Plaintiffs shall file a reply in support of Plaintiffs' Motion for Leave to

File Third Amended Complaint on or before January 29, 2021.

SO ORDERED.

_____
Date

_____
PAUL L. FRIEDMAN
United States District Judge