IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY *et al.*,<br><br>Defendants. | Civil Action No. 18-01551-PLF |

### ORDER

UPON CONSIDERATION of Plaintiffs' January 14, 2021 Consent Motion for Extension of Time To File Reply in Support of Plaintiffs' Motion for Leave to File Third Amended Complaint, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Plaintiffs shall file a reply in support of Plaintiffs' Motion for Leave to File Third Amended Complaint on or before January 29, 2021.

SO ORDERED.

_____  
Date:  January 16, 2021

_____/s/_____  
PAUL L. FRIEDMAN  
United States District Judge