UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS CALIXTO, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE ARMY, *et. al.*, <br><br> Defendants. | Civil Action No. 18-1551 (PLF) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of the Parties' joint motion for class certification, appointment of class counsel, and approval of a settlement agreement, and the entire record herein, it is hereby

ORDERED that the Parties' joint motion is GRANTED;

ORDERED that, for the reasons described in the Parties' joint motion, the following class is certified under Federal Rule of Civil Procedure 23(b)(2):

    a.    All soldiers who enlisted in the U.S. Army (including Selected Reserve of the Ready Reserve/Delayed Training Program ("DTP") and Regular Army/Delayed Entry Program ("DEP") soldiers) through the Military Accessions Vital to the National Interest ("MAVNI") program, and did so on or prior to September 30, 2017, and

    b.    have not been discharged, or

    c.    have been discharged by the U.S. Army (including the U.S. Army Recruiting Command and/or the U.S. Army Reserve Command, collectively, the "Army"), where such discharge or separation was not characterized as Honorable,

- 2 -

General (under honorable conditions), Under Other Than Honorable Conditions, Bad Conduct, or Dishonorable;

ORDERED that, for the reasons described in the Parties' joint motion, Plaintiffs' counsel of record at Morgan, Lewis & Bockius LLP are appointed as class counsel;

ORDERED that the Settlement Agreement (Exhibit 1 to the Parties' joint motion) is fair, reasonable, and adequate and thus approved; and it is further

ORDERED that, within 14 days of this Order, the Parties shall post the Settlement Agreement to the separate websites maintained by the Army and class counsel as described in the Parties' joint motion.  The Settlement Agreement and the Parties' instructions shall be maintained on these websites through at least September 30, 2024; and it is further

ORDERED that, per the Parties' stipulation, this action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows: the naturalization-related allegations in the complaint are dismissed with prejudice and the claims concerning U.S. Army service that are independent of rights to naturalization are dismissed without prejudice.

SO ORDERED.

Dated: _____         _____
                                     PAUL L. FRIEDMAN
                                     United States District Judge